From: Lisa Menninger
Sent: Thursday, January 11, 2018 6:49 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Subject: Confidential
Sensitivity: Confidential

Hi Hacene,

It was great catching back up with you this week after the holidays. As you mentioned that you'd like to discuss some ideas you have regarding how to make my role more visible, I think it's important that I make you aware of a medical condition that I've been suffering from. This is very difficult for me to discuss, as it's not something I openly share with others.

I have a generalized anxiety disorder that includes social anxiety disorder and panic attacks. It's something that I've been dealing with my entire life. I'd rather not get into all of the details, but I am particularly affected by social interactions, which often cause panic attacks. I've received treatment in the past and continue to take medication as needed when my panic attacks become severe.

As you've seen, my medical condition has not prevented me from accomplishing the essential functions of my job. However, some of the new tasks you've suggested will be difficult in light of my disability, as they would include increased client visits/social interactions and presentations (internal and external).

I am, of course, open to discussing whatever ideas you have for my role. But my condition presents some very significant challenges for me, and I thought it would be most productive for me to openly and honestly share those with you. I would have done so sooner, but this is something that I really have a hard time talking about. I hope you understand.

I'm confident that we can work through this together, and I really hope to have your support in doing so.

Lisa


**Lisa A. Menninger, M.D., DABP, FCAP, FASCP**
Executive Director Lab, Global Central Labs, PPD
OPERATIONS

**PPD**

Phone +1 859 462 2747
Lisa.Menninger@ppdi.com
www.ppdi.com