TAB 2



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL