UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>　　　　　Defendant. | Civil Action No.  1:19-CV-11441-LTS |

## MOTION TO CONTINUE STATUS CONFERENCE

　　Defendant PPD Development, L.P. hereby respectfully requests that the Status Conference, currently scheduled for May 17, 2022 at 11:00 a.m., be continued to May 23, 2022. As grounds for this Motion, lead counsel for Defendant states that she is scheduled to be in a deposition on May 17, 2022 and will not be able to attend a Status Conference that day. Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has no objection to this motion and both parties are available on May 23, 2022 (with the exception of 9:00-10:00 a.m.) for a Status Conference, subject to the Court's availability.

　　WHEREFORE, Defendant respectfully request that the Court grant this Motion, and that it issue an Order continuing the status conference as indicated above.

Respectfully submitted,

PPD DEVELOPMENT, L.P.
By its attorney,

*/s/ Rachel Reingold Mandel*
Rachel Reingold Mandel (BBO #660495)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place
Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
Facsimile:  (617) 994-5701
rachel.mandel@ogletree.com

Dated:  May 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022 the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Rachel Reingold Mandel*
Rachel Reingold Mandel

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that on May 12, 2022, counsel for Defendant PPD Development, L.P. complied with Local Rule 7.1(a)(2) by conferring with counsel for Plaintiff Lisa Menninger for the purpose of ascertaining their position on the relief sought in this Motion.  Plaintiff's counsel indicated their assent to the requested relief.

*/s/ Rachel Reingold Mandel*
Rachel Reingold  Mandel