UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>    Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>    Defendant. | Civil Action No.  1:19-CV-11441-LTS |

**DEFENDANT PPD DEVELOPMENT, L.P.'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF THE COMPENSATION PAID TO ANY EMPLOYEE OF DEFENDANT OTHER THAN PLAINTIFF**

Defendant PPD Development, L.P. ("PPD") respectfully moves *in limine* to exclude from the evidence admitted at trial evidence of the compensation paid to any employee of PPD other than Plaintiff Lisa Menninger. As grounds for this Motion, PPD respectfully refers the Court to its Memorandum in support of the Motion, filed herewith.

               PPD DEVELOPMENT, L.P.

               By its attorneys,

               */s/ Patrick M. Curran, Jr.*
               Rachel Reingold Mandel (BBO #660495)
               Patrick M. Curran, Jr. (BBO #659322)
               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
               One Boston Place, Suite 3500
               Boston, MA 02108
               Telephone: (617) 994-5700
               Facsimile:  (617) 994-5701
               rachel.mandel@ogletree.com
               patrick.curran@ogletree.com

Dated: March 10, 2023

**Certification Pursuant to Local Rule 7.1(a)**

    Pursuant to Local Rule 7.1(a), on March 10, 2023, counsel for the parties conferred by telephone in a good faith effort to resolve or narrow the issues addressed in Defendant's Motion, but were unable to resolve or narrow those issues.

                                                     */s/ Patrick M. Curran, Jr.*
                                                     Patrick M. Curran, Jr.

## CERTIFICATE OF SERVICE

     I hereby certify that on March 10, 2023 the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                */s/ Patrick M. Curran, Jr.*
                                Patrick M. Curran, Jr.

23370737.1