UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>             Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>             Defendant. | Civil Action No.  1:19-CV-11441-LTS |

**DEFENDANT PPD DEVELOPMENT, L.P.'S MOTION *IN LIMINE* TO BAR ARGUMENT OR STATEMENTS TO THE JURY THAT IT MAY DRAW INFERENCES ADVERSE TO DEFENDANT BASED ON THE ABSENCE OF HACENE MEKERRI**

Defendant PPD Development, L.P. ("PPD") respectfully moves *in limine* to bar argument or statements to the jury that it may draw inferences adverse to PPD based on the fact that Hacene Mekerri did not appear as a witness at trial. As grounds for this Motion, PPD respectfully refers the Court to its Memorandum in support of the Motion, filed herewith.

> PPD DEVELOPMENT, L.P.
>
> By its attorneys,
>
> */s/ Patrick M. Curran, Jr.*
> Rachel Reingold Mandel (BBO #660495)
> Patrick M. Curran, Jr. (BBO #659322)
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> One Boston Place, Suite 3500
> Boston, MA 02108
> Telephone: (617) 994-5700
> Facsimile:  (617) 994-5701
> rachel.mandel@ogletree.com
> patrick.curran@ogletree.com

Dated: March 10, 2023

-2-

**<u>Certification Pursuant to Local Rule 7.1(a)</u>**

  Pursuant to Local Rule 7.1(a), on March 10, 2023, counsel for the parties conferred by telephone in a good faith effort to resolve or narrow the issues addressed in Defendant's Motion, but were unable to resolve or narrow those issues.

            <u>*/s/ Patrick M. Curran, Jr.*</u>
            Patrick M. Curran, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2023 the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      */s/ Patrick M. Curran, Jr.*
                                      Patrick M. Curran, Jr.

55407587.v1-OGLETREE