# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LISA MENNINGER,

                 Plaintiff,

v.                                                                    Civil Action No.  1:19-CV-11441-LTS

PPD DEVELOPMENT, L.P.,

                 Defendant.

### <u>AFFIDAVIT OF RACHEL REINGOLD MANDEL</u>

I, Rachel Reingold Mandel, hereby depose and state as follows:

1.       I am counsel for the Defendant in the above-captioned matter, PPD Development, L.P. ("PPD"). I make this statement in support of PPD's Motion *In Limine* To Bar Argument Or Statements To The Jury That It May Draw Inferences Adverse To Defendant Based On The Absence Of Hacene Mekerri.

2.       At his deposition in this action on July 20, 2020, Hacene Mekerri testified that he was based in Singapore, and that he was in Singapore at the time of the deposition. I have attached hereto, at <u>Tab 1</u> a true and accurate copy of excerpts from the deposition in this action of Hacene Mekerri on July 20, 2020.

3.       To the best of my knowledge, information, and belief, Mr. Mekerri is still in Singapore.

4.       Over the past several months, I have attempted numerous times to contact Mr. Mekerri in an effort to secure his presence and testimony as a witness at the trial of this action.

5.       Mr. Mekerri has not responded to my efforts to arrange for his presence at trial.

1

SIGNED UNDER THE PENALTIES OF PERJURY THIS 10th DAY OF MARCH, 2023.

_____
Rachel Reingold Mandel

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 10, 2023.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.

47369592.1

# TAB 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * * *

LISA MENNINGER,                      *

                Plaintiff,          *

vs.                                 * 1:19-cv-11441

PPD DEVELOPMENT, L.P.,              *

                Defendant.          *

* * * * * * * * * * * * * * * *


ZOOM DEPOSITION OF HACENE MEKERRI

SINGAPORE

July 20, 2020      6:06 a.m.




Maryellen Coughlin, RPR/CRR



Page 2

1    APPEARANCES:

2    Representing the Plaintiff:

3            HARTLEY MICHON ROBB LLP

4            155 Seaport Lane, 2nd Floor

5            Boston, Massachusetts 02210

6            BY:  Patrick J. Hannon, Esq.

7            phannon@hartleymichonrobb.com

8

9    Representing the Defendant:

10           OGLETREE DEAKINS

11           Suite 3500

12           201 Washington Street

13           Boston, Massachusetts 02108

14           BY:  Rachel Reingold Mandel, Esq.

15           617-994-5707

16           rachel.mandel@ogletree.com

17

18    PRESENT:  Lisa Noecker

19              Alexander Shaw

20

21

22

23

24



Page 3

1                        I N D E X

2     EXAMINATION                            PAGE

3      BY MR. HANNON                              4

4

5                       EXHIBITS

6      NO.        DESCRIPTION              PAGE

7      1       Document (MENNINGER 000458 -      204

8              459)

9      2       Email chain (PPD_MENNINGER        204

10             001227 - 1231)

11     3       Email chain with attachments      204

12             (PPD_MENNINGER 001239 - 1243)

13     4       Email chain (PPD_MENNINGER        205

14             001760 - 1763)

15     5       Email chain (PPD_MENNINGER        205

16             000872 - 878)

17     6       Email chain (PPD_MENNINGER        205

18             000866 - 870)

19

20

21

22

23

24



Page 4

```
 1                P R O C E E D I N G S
 2                    HACENE MEKERRI,
 3        having been first duly sworn, was examined
 4        and testified as follows:
 5                       EXAMINATION
 6    BY MR. HANNON:
 7        Q.        Mr. Mekerri, good evening to you.
 8    My name is Patrick Hannon.  I represent Lisa
 9    Menninger in connection with this action.  Thank
10    you for taking the time to speak with us via
11    videoconference.  And just for the record, can
12    you identify where you are at present?
13        A.        Sure.  I'm based in Singapore.
14        Q.        And, Mr. Mekerri, have you ever had
15    the pleasure of being deposed before?
16        A.        No.
17        Q.        So just so you understand some of
18    the background procedures, so to speak,
19    everything that you and I say is being taken down
20    by the stenographer.  So, one, it's important
21    that she hears everything.  So if you can do your
22    best to speak slowly and clearly into the
23    microphone, that would be great.  Likewise, it's
24    important that you and I not speak at the same
```



Page 5

```
1    time.  So if you can try your best to make sure

2    that I'm done talking before you start answering,

3    I'll do my best to make sure you're done

4    answering before I start talking again.  Sound

5    good?

6           A.     Yes.

7           Q.     Okay.  Are you currently employed?

8           A.     Yes, I am.

9                  MS. MANDEL:  Patrick, can I just

10   stop you for a minute?  I just wanted to

11   establish a couple of things.  Because we are

12   using Zoom, obviously this is not what we

13   typically do for a deposition, I just wanted to

14   establish, as far as I can tell, this is not

15   being recorded as a Zoom session.  The only

16   method of recording we have is Maryellen's

17   stenography work in the background; is that

18   correct.

19                 MR. HANNON:  That is correct, yes.

20                 MS. MANDEL:  Okay.  Also, again,

21   just before you jump in, I want to confirm, are

22   we doing usual stipulations?

23                 MR. HANNON:  Depending upon what

24   you regard as usual stipulations.
```



Page 6

```
 1                    MS. MANDEL:  Well, we do want to
 2      reserve the right to read and sign.
 3                    MR. HANNON:  Agreed.
 4                    MS. MANDEL:  We are agreeing
 5      preserving objections as to form for the time
 6      being.
 7                    MR. HANNON:  I'm sorry, reserving
 8      exceptions as to form?
 9                    MS. MANDEL:  You know, marking them
10      on the record, yes.
11                    The only other thing --
12                    MR. HANNON:  So just to be clear,
13      so all objections, except as to the form of the
14      question, are being reserved 'til the time of
15      trial?
16                    MS. MANDEL:  Yes.
17                    MR. HANNON:  Agreed.
18                    MS. MANDEL:  The other thing I just
19      wanted to just note on the record is that it
20      seems that there might be just a hair of delay
21      when Mr. Mekerri answers probably because of
22      whatever internet connections we're all using.
23      So I just wanted to note for the record.  And I
24      know you mentioned, of course, that you and
```



1    Mr. Mekerri will wait for one another to finish

2    speaking but that we'd probably need to, you

3    know, leave another additional second of lag time

4    because of the connection.

5                    MR. HANNON:  Okay.  Anything else?

6                    MS. MANDEL:  No.

7         Q.        Okay, great.  So, Mr. Mekerri, how

8    are you presently employed?

9         A.        I work for Biomedical and Life

10   Science Solutions.  It's a company that I set up

11   when I came here in Singapore for consistency for

12   supporting laboratory and pharmaceutical.  To

13   support pharmaceutical companies, as well as, you

14   know, players from the clinical trials to work

15   here in Asia Pacific.

16        Q.        And Mr. Mekerri, when did you form

17   this consultancy?

18        A.        It was in -- when I arrived here,

19   some months after.  So I would say probably May,

20   May or June.  I'll have to come back to you with

21   the date.

22        Q.        Would that be May or June of this

23   year, 2020?

24        A.        No, 2019.  But it might be later.



Page 8

1    I arrived here, in Singapore, in April.  So it

2    took me some time really to register the company,

3    but it might be that we registered in summer.  So

4    probably July or August.  I don't have the date

5    in mind.

6              Q.        Okay.  And what did you do for work

7    prior to starting this consultancy you've

8    referenced?

9              A.        I was working for PPD.  So I was

10   the vice president of global central lab and

11   vaccine.

12             Q.        And what was your title immediately

13   prior to leaving PPD?

14             A.        Prior to leaving PPD, vice

15   president of global central lab and vaccine.

16             Q.        For how long were you in that

17   position?

18             A.        Three years.

19             Q.        And how were you employed prior to

20   that?

21             A.        I was working for another large CRO

22   in China, LabCorp, and I was the managing

23   director for Asia Pacific.

24             Q.        And for how long were you at



Page 24

1    me.

2         Q.      Okay.  And who was that person?

3         A.      Again, you know, it was quite some

4    time, but we had one of the lab leaders that was

5    reporting to -- I think we better check with the

6    PPD team because, I'm sorry, I don't really

7    recall the org chart when I left.  We were

8    working really on ensuring that we had the

9    coverage I remember.  So there might be some

10   changes that has been made.  So I think better we

11   work with the PPD for providing you with the org

12   chart.

13        Q.      When did your employment with PPD

14   end?

15        A.      It was February 2019.

16        Q.      And how did the end of your

17   employment come about?

18        A.      It was my decision to leave PPD.  I

19   worked there for two years, and I've had, you

20   know, the privilege to serve the central lab, the

21   vaccine business.  And I've been working on my

22   succession plan for quite some time.  And

23   we've -- I've had -- you know, we've had great

24   success with the team.  So we met our objectives.

