# EXHIBIT A

**REDACTED**

**From:** Chris Fikry
**Sent:** Monday, June 25, 2018 10:17 AM
**To:** Deborah Ballweg; Jerry Williams
**Subject:** Catch up

Morning both,

**REDACTED**

CONFIDENTIAL PPD_MENNINGER 001432

**REDACTED**

3. Org changes in GCL.  Lot of ideas from Hacene and team following our quality meeting last week.  We should discuss on our next call.  Any update on Lisa's transition?  Also want to brainstorm a more centralized scientific affairs group.

**REDACTED**

Thanks,
Chris

CONFIDENTIAL
PPD_MENNINGER 001433

_____
Christopher Fikry, M.D.
Executive Vice President, Global Lab Services

PPD, Inc
929 North Front Street
Wilmington, NC  28401
chris.fikry@ppdi.com
910 558-2175 (office)
215 432-6796 (cell)

CONFIDENTIAL

# EXHIBIT B

| | |
|---|---|
| **Message** | |
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 6/25/2018 1:05:43 PM |
| **To**: | 'Jerry Williams (Jerry.Williams@ppdi.com)' [jerry.williams@ppdi.com] |
| **Subject**: | FW: Catch up |

Hi Jerry,

# REDACTED

3. Org changes in GCL.   Lot of ideas from Hacene and team following our quality meeting last week.   We should discuss on our next call.   Any update on Lisa's transition?   Also want to brainstorm a more centralized scientific affairs group.

   Lisa's leave of absence runs through July 6.  Anticipate her returning to work on July 9 but not 100% certain she won't extend (gut more than fact).  She has a lawyer who's asked for employment related documents.  Nothing official in terms of a complaint however, does open the door for conversations on transitioning.  The traditional route requires her to return to work, perform to level of expectation, be provided feedback on where she falls short then move forward with term request.  Again, her having an attorney who's made contact with us will lead to a faster route of resolution.

# REDACTED

CONFIDENTIAL                                                                                                                                              PPD_MENNINGER 001438

**REDACTED**

Thanks.!

Deb

**From:** Chris Fikry
**Sent:** Monday, June 25, 2018 10:17 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>; Jerry Williams <Jerry.Williams@ppdi.com>
**Subject:** Catch up

Morning both,

**REDACTED**

3. Org changes in GCL.   Lot of ideas from Hacene and team following our quality meeting last week.   We should discuss on our next call.   Any update on Lisa's transition?   Also want to brainstorm a more centralized scientific affairs group.

**REDACTED**

Thanks,
Chris

_____
Christopher Fikry, M.D.
Executive Vice President, Global Lab Services

PPD, Inc
929 North Front Street
Wilmington, NC  28401
chris.fikry@ppdi.com
910 558-2175 (office)
215 432-6796 (cell)

CONFIDENTIAL

# EXHIBIT C

Message

# REDACTED

**From:** Chris Fikry
**Sent:** Wednesday, April 11, 2018 12:53 PM
**To:** Jerry Williams
**Subject:** Whats timing on Lisa Menninger's exit? Finance is trying to update the forecast. Thanks Jerry

_____
Christopher Fikry, M.D.
Executive Vice President, Global Lab Services

PPD, Inc
929 North Front Street
Wilmington, NC  28401
chris.fikry@ppdi.com
910 558-2175 (office)
215 432-6796 (cell)

CONFIDENTIAL                                                                                                               PPD_MENNINGER 001905

# EXHIBIT D

Message

**From**: Jerry Williams [Jerry.Williams@ppdi.com]
**Sent**: 4/12/2018 12:32:46 PM
**To**: Jerry Williams [jerry.williams@ppdi.com]; Chad St. John [chad.st.john@ppdi.com]
**Subject**: Conversation with Jerry Williams

# REDACTED

Jerry Williams 10:27 AM:
One item, I know we Pfizer in HH this week, Chris F is there and he asked me yesterday 'what is the timeline for Lisa M's exit date".......what's the answer?  Perhaaps he has already cover this with you/Hacene......if so what was the outcome?

# REDACTED

CONFIDENTIAL                                                                                                                                    PPD_MENNINGER 000902