# EXHIBIT 2

# Martin J. Kelly, M.D.
### BOYLSTON CONSULTATION CENTER

Associate Professor of
Psychiatry
Harvard Medical School

Senior Psychiatrist,
Brigham and Women's
Hospital

February 9, 2023

Rachel Reingold Mandel, Esq
Ogletree, Deakins, Nash, Smoak, & Stewart
1 Boston Place, Suite 3500
Boston, MA 02108

RE: Lisa Menninger v. PPD Development, L.P.

Dear Attorney Mandel:

At your request I have conducted a review of additional documents in the Menninger case. This report should be regarded as a supplement to my previous report.

The additional records included:

1. Records of Alicia Burbano MD, Psychiatrist, Referral Note, New Mexico, 2020.
2. Records of Amen Clinics, Costa Mesa, California, June 2021.
3. Review of records of DC Courtney Clinic, Bend, Oregon, 2021.
4. Review of Mindful Group records of counseling and medication management records of 2021-2022.

Opinion:

Based on the review of additional information and records, my opinion remains that Dr. Menninger does not have any psychiatric condition that would disable her from performing her professional duties at levels that she had demonstrated in the previous decades, i.e. she has no new or chronic psychiatric disability or condition that would interfere or prevent her from performing as a pathologist in a medical settings similar to positions prior to her employment at PPD and later at PPD. The accommodations requested seem incompatible with the job description of the position. The psychiatric records since 2020 in my view do not reveal a pattern of a substantial psychiatric disability.

Basis for opinion:

All the records reviewed including the initial records of Dr. Kessimian and the Butler Hospital as well as the treatment records from New Mexico and Oregon have been considered as a basis for this opinion.

1051 BEACON STREET, Suite 203
BROOKLINE, MA 02446
TELEPHONE:   (617) 731-6750 • FAX:   (617) 731-2047
EMAIL: MJKELLY@PARTNERS.ORG

The records reviewed included a number of activities that were equivalent to activities of the job requirements for which she was requesting an accommodation. These activities as reflected in the psychiatric notes of Dr. Kessimian, Dr. Albano in New Mexico, and subsequent records in Oregon where she moved to be closer to supportive figures including her mother and sister.

The records of her mental health treatment in Oregon, conducted virtually, are problematic in my view. For the most part, though they extend/stretch to over 3 to 5 pages, there is little new information in each visit note about her current life, relationships, future plans and circumstances, and are marginal for outside professional expert assessment. For the most part, there are only 2 to 5 new sentences about the status of lawsuit and quoting her subjective complaints and "cut and paste" paragraphs from earlier visits.

As mentioned, the records show her preoccupation with her case and personal complaints. From a psychiatric perspective, it is hard to find information about the status of her relationships with important people in her life including her husband, her daughter, as well as her mother and sister who were listed in the records as important in her decision to relocate to Oregon in 2021.

Overall, in my opinion, the pattern from the beginning in 2017 to the present reflects she is very much in control of her presentation and does not appreciate the larger psychosocial and realistic perspectives of others, including the company. Though she has the capacity for concrete appreciation of circumstances, it is at the expense of a broader social context. She controls and dictates many of the elements seen in the case, albeit quietly. In effect, she often convinces providers to adopt her views about her diagnoses, medication regime and other parameters. Her prescribers regularly follow her directives about the frequency, increases/decreases, resumptions and discontinuation of medications. In effect, she is controlling the treatment, including psychopharmacology and other parameters. The records show that she has been on essentially the same antianxiety and antidepressant medication regime despite any obvious significant benefit. Ordinarily this would occasion mental health providers to change the medications,and/or consider alternative non-medication treatment strategies;  also reconsidering the diagnoses.

Critically, she resists her treatment team setting reasonable and appropriate treatment goals given her medical background. In 2022 her social work therapist, Andrew Drwenski writes: *Lisa was resistant towards talking about any type of employment in the medical field.*

Thank you for requesting my opinion in this matter.

*Martin J Kelly M.D.*

Martin J Kelly MD.

1

# MARTIN J. KELLY, M.D.

| | |
|---|---|
| **Boylston Consultation Center** | **Brigham and Women's Hospital** |
| 1051 Beacon Street | Department of Psychiatry |
| Suite 203 B | 75 Francis Street |
| Brookline, MA 02446 | Boston, MA 02115 |

Home Address:    2023 Main Rd., Westport Point MA 02791
Date of Birth:     December 23, 1939
Place of Birth:    Boston, Massachusetts

## EDUCATION AND TRAINING

**Education:**

| | | |
|---|---|---|
| 1961 | B.S. Biology | Boston College |
| 1965 | M.D. | Tufts University School of Medicine |

## POSTDOCTORAL TRAINING:

**Internships and Residencies:**

| | | |
|---|---|---|
| 1965-66 | Intern | St. Elizabeth's Hospital, Boston |
| 1966-68 | Resident in Psychiatry | Massachusetts Mental Health Center, Boston |
| 1968-69 | Chief Resident in Psychiatry | Massachusetts Mental Health Center, Boston |

## LICENSURE AND CERTIFICATION:

| | |
|---|---|
| 1966 | Massachusetts Medical Licensure    Registration No. 29423 |
| 1972 | American Board of Psychiatry and Neurology, in Psychiatry |
| 1974 | Qualified Forensic Psychiatrist, Commonwealth of Massachusetts |
| 1994-2004 | American Board of Psychiatry and Neurology, Added Qualifications in Forensic Psychiatry |
| 1996 | Coast Guard License - Master Near Coastal Auxiliary and Sail Vessels 100 Gross Tons, U.S. |

2/24/2023

| | | |
|---|---|---|
| National Provider Identifier | | No. 1255322426 |

## PROFESSIONAL APPOINTMENTS

*Academic Appointments:*

| | | |
|---|---|---|
| 1966-69 | Teaching Fellow in Psychiatry | Harvard Medical School |
| 1969-70 | Instructor in Psychiatry | Tufts University School of Medicine |
| 1970 | Clinical Instructor in Psychiatry | Harvard Medical School |
| 1970-73 | Instructor in Psychiatry | Peter Bent Brigham Hospital, Harvard Medical School |
| 1973-80 | Assistant Professor of Psychiatry | Peter Bent Brigham Hospital, Harvard Medical School |
| 1980-82 | Assistant Professor of Psychiatry | Brigham & Women's Hospital, Harvard Medical School |
| 1982- | Associate Professor of Psychiatry | Harvard Medical School |

*Hospital Appointments:*

| | | |
|---|---|---|
| 1969-70 | Senior Psychiatrist | Adolescent Unit, Boston State Hospital |
| 1970-73 | Senior Associate in Medicine (Psychiatry) | Peter Bent Brigham Hospital |
| 1973-80 | Physician, Department of Medicine | Peter Bent Brigham Hospital |
| 1980-1999 | Senior Physician, Department of Medicine | Brigham and Women's Hospital |
| 1970- | Psychiatrist, Department of Psychiatry | Brigham and Women's Hospital |
| 1976-77 | Active Staff | Dana-Farber Cancer Institute |
| 1977-2007 | Consulting Staff | Dana-Farber Cancer Institute |

## OTHER PROFESSIONAL POSITIONS, MAJOR VISITING APPOINTMENTS AND RELEVANT COMMUNITY SERVICE:

| | | |
|---|---|---|
| 1972-82 | Lecturer, Graduate School of Social Work | Boston College |

| | | |
|---|---|---|
| 1975-85 | Lecturer in Psychiatry | Boston University School of Medicine |
| 1978 | Visiting Lecturer Psychiatry | George Washington University School of Medicine |
| 2006 | Lecturer | Northeastern University School of Law |

**CONSULTANT TO:**

**Board of Registration in Medicine, Division of Youth Services, Department of Public Welfare, Commonwealth of Massachusetts**

**Massachusetts Board of Bar Overseers**

**District Attorneys' Offices in Barnstable, Berkshire, Bristol, Essex, Franklin Hampden, Hampshire, Middlesex, Norfolk, Plymouth, and Suffolk Counties**

**Massachusetts Defenders Committee and Committee for Public Counsel Services**

**Boston Adoption Bureau**

**Federal and Superior Courts in Massachusetts**

**U.S. Attorney Offices in Massachusetts, New Hampshire, Virginia, New York, Connecticut, and Rhode Island**

**Massachusetts Federal Defenders Committee**

**Joint Underwriters Association/Promutual Medical Malpractice Group**

**Risk Management Foundation of the Harvard Medical Institutions**

**Attorney General, Commonwealth of Massachusetts**

**AWARDS AND HONORS:**

1986   Fellow, American Psychiatric Association

1995   Nominee, Mentorship Award, Harvard Medical School

2001   Life Fellow, American Psychiatric Association

2003   Distinguished Life Fellow, American Psychiatric Association

**2007**   Lifetime Achievement Award, Department of Psychiatry, Harvard Medical School and Brigham and Women's Hospital

## SERVICE ASSIGNMENTS

**Principal Hospital/Health Care System Service Responsibilities:**

| | | |
|---|---|---|
| **1970-73** | **Assistant Director, Division of Psychiatry** | Peter Bent Brigham Hospital |
| **1971-72** | **Director, Drug Abuse Consultation Unit, Division of Psychiatry** | Peter Bent Brigham Hospital |
| **1973-80** | **Associate Director, Division of Psychiatry** | Peter Bent Brigham Hospital |
| **1980-89** | **Associate Director, Division of Psychiatry** | Brigham and Women's Hospital |
| **1980-87** | **Psychiatrist, Acute Rehabilitation Service** | Brigham and Women's Hospital |
| **1989-90** | **Acting Director, Division of Psychiatry** | Brigham and Women's Hospital |

## MAJOR COMMITTEE ASSIGNMENTS:

**National and Regional**

| | | |
|---|---|---|
| **1971-73** | **Coordinating Committee on Drug Abuse** | **City of Boston** |
| **1980-82** | **Governor's Special Commission on Probate and Family Court Procedures Relating to Divorce, Child Custody, and Family Violence - Subcommittee on Mediation** | **Commonwealth of Massachusetts** |
| **1983-86** | **Homelessness Project, Advisory Committee** | **Massachusetts Association for Mental Health** |
| **1991-1999** | **Task Force on Medicaid Fraud and Abuse** | **Attorney General's Office Commonwealth of Massachusetts** |

**Harvard Medical School**

| | | |
|---|---|---|
| **1977-92** | **Committee on Core Clinical Clerkships and Electives** | **Department of Psychiatry** |
| **1977-79** | **Subcommittee of the Committee on Admissions, Member** | |

| | | |
|---|---|---|
| 1979-85 | Subcommittee of the Committee on Admissions, Chairman | |

**MAJOR COMMITTEE ASSIGNMENTS:**

**Harvard Medical School (continued)**

| | | |
|---|---|---|
| 1979-85 | Committee on Admissions, Member | |
| 1985-87 | Psychiatry Clerkship Committee, Chairman | New Pathway Project |
| 1985-87 | Experiences in Patient Care Committee, Member | New Pathway Project |
| 1986-92 | Planning Committee, Member | Psychopathology & Introduction to Clinical Psychiatry |
| 1991-94 | Committee on Planning, Member | Harvard Longwood Residency Training Program |
| 1992-94 | Training Committee, Member | Harvard Longwood Residency Training Program |
| 1992-2003 | Curriculum Committee, Member | Harvard Longwood Residency Training Program |
| 1993-2007 | Social Systems in Psychiatry Committee | Harvard Longwood Residency Training Program |

**Brigham and Women's Hospital**

| | |
|---|---|
| 1974-80 | Human Subjects Committee |
| 1980-92 | Employee Assistance Committee |
| 1980-92 | Major Trauma Committee |
| 1980-87 | Acute Rehabilitation Unit Steering Committee |
| 1989-2007 | Heart Transplant Program |
| 1990-1996 | Lung Transplantation Program |
| 1995-2002 | Ventures Committee, Department of Psychiatry |

6

**MAJOR ADMINISTRATIVE RESPONSIBITIES:**

| | | |
|---|---|---|
| **1970-73** | **Assistant Director in the Division of Psychiatry, Department of Medicine** | **Peter Bent Brigham Hospital** |
| **1973-80** | **Associate Director in the Division of Psychiatry, Department of Medicine** | **Peter Bent Brigham Hospital** |
| **1980-89** | **Associate Director of Division of Psychiatry, Department of Medicine** | **Brigham and Women's Hospital** |
| **1989-90** | **Acting Director in the Division of Psychiatry, Department of Medicine** | **Brigham and Women's Hospital** |
| **1992-** | **Principal, Boylston Consultation Center** | **Brookline, Massachusetts** |

**PROFESSIONAL SOCIETY INVOLVEMENT:**

**Memberships, Offices and Committee Assignments in Professional Societies:**

**American Psychiatric Association**

| | |
|---|---|
| **1968-** | **Member** |
| **1986** | **Fellow** |
| **2001** | **Life Fellow** |
| **2003** | **Distinguished Life Fellow** |

**Massachusetts Psychiatric Society**

| | |
|---|---|
| **1968-** | **Member** |
| **1974-77** | **Private Practice Committee, Chairman** |
| **1975-92** | **Committee of Psychiatric Residency Training Directors** |
| **1975-78** | **Insurance Committee** |
| **1979-92** | **Legislative Committee** |
| **1979-85** | **Councilor** |
| **1990-2000** | **Society Representative to Massachusetts Medical Society** |
| **1994-2003** | **Ethics Committee** |

**1997-2003     Ethics Committee, Chairman**

8

**Memberships, Offices and Committee Assignments in Professional Societies (continued):**

**Massachusetts Medical Society**

| | |
|---|---|
| **1969-** | **Member** |
| **1976-77** | **Section of Psychiatry and Neurology, Secretary** |
| **1977-79** | **Section of Psychiatry and Neurology, Vice Chairman** |
| **1978-85** | **Legislative Committee** |
| **1979-92** | **Blue Cross Blue Shield Liaison Committee** |
| **1980-84** | **Section of Psychiatry, Chairman** |
| **1980-90** | **Interspecialty Committee, Representative for Psychiatry** |
| **1984-90** | **Councilor for Psychiatry** |
| **1990-1991** | **Consultant in Psychiatry Interspecialty Committee** |
| **1991-2000** | **Interspecialty Committee, Psychiatry, Member-at-large,** |
| **1991-1995** | **Councilor Representing Psychiatry** |
| **1995-2000** | **Delegate Representing Psychiatry** |
| **1997-2000** | **Compassionate Care Committee** |

**Massachusetts Association for Mental Health**

| | |
|---|---|
| **1976-** | **Member** |
| **1976-85** | **Professional Advisory Committee** |
| **1980-85** | **Professional Advisory Committee, Chairman** |
| **1983-86** | **Advisory Committee for Homeless Project, Member** |
| **1980-** | **Board of Directors** |

**American Psychosomatic Society**

| | |
|---|---|
| **1972-** | **Member** |

9

**Memberships, Offices and Committee Assignments in Professional Societies (continued):**

### American Association of General Hospital Psychiatrists

    1979-1990    Member

### Association of General Psychiatrists

    1987-1995    Member

### Royal Society of Medicine, London

    1988-92    Associate

### American Academy of Psychiatry and the Law

    1989-    Member

### Boston Society of Neurology and Psychiatry

    1989-    Member

### Professional Journals Peer Reviewer

**New England Journal of Medicine**

**General Hospital Psychiatry**

**Psychosomatic Medicine**

**Journal of Neuropsychiatry and Clinical Neurosciences**

10

# Bibliography

**Original Reports**

1. Kelly MJ.  Comprehensive long term treatment of a schizophrenic adolescent.  Psychiatric Opinion  1970;7:36-41.

2. Schiff LF, Kelly MJ, Kris AO.  Participatory consultation:  enhancing a comprehensive treatment service for adolescents.  Mass J Mental Health  1971;11:36-42.

3. Reich, P, Kelly MJ.  Suicide attempts by hospitalized medical and surgical patients.  N Engl J Med  1976;294:298-301.

4. Brown HN, Kelly MJ.  Stages of bone marrow transplantation: a psychiatric perspective.  Psychosom Med  1976;38:439-46.

5. Reich P, Lazarus JM, Kelly MJ, Rogers MP.  Factitious feculent urine in an adolescent boy.  JAMA  1977;238:420-21.

6. Weinberger DR, Kelly MJ.  Catatonia and malignant syndrome: a possible complication of neuroleptic administration.  J. Nerv Ment Dis  1977;165:263-68.

7. Schlauch RW, Reich P, Kelly MJ.  Leaving the hospital against medical advice.  N Eng J Med 1980;300:22-24.

8. Altman JH, Reich P, Kelly MJ, Rogers MP.  Patients who read their hospital charts.  N Engl J Med  1980;302:169-71.

9. Rogers MP. Reich P, Kelly MJ, Liang MH.  Psychiatric consultation among hospitalized arthritis patients.  Gen Hosp Psychiat  1980;2:89-94.

10. Chinman, C, Kelly, MJ, Borus, J.  Teaching Residents the Reality of Current Mental Health Care.  Harvard Rev Psychiatry   2002;10:56-58

**Reviews**

1. Kelly MJ.  Who me--a sexist?  Editorial.  N Engl J Med  1973;288:317-18.

2. Kelly MJ.  Book Review.  Croog SH, Levine S.  The heart patient recovers (social and psychological factors).  New York:  Human Sciences Press, 1977.  Psychosom Med 1978; 40:641-42.

3. Kelly MJ.  Antianxiety drugs: benzodiazepines.  Hospital Formulary  979;14:227-28.

11

4. Kelly MJ.  Book Review.  Schneider J.  Stress, loss and grief:  understanding their origins and growth potential.  Baltimore:  University Park Press, 1984.  N Engl J Med 1984;311:545.

5. Kelly MJ.   Book Review.  Greben S.  Loves labor:  twenty-five years of experience in the practice of psychotherapy.   New York:  Schocken Books, 1984.  N Engl J Med 311:1645-46.

6. Kelly MJ.   Book Review. Derogatis LR, Wise TV. Anxiety and depressive disorders in the medical patient. Washington, D.C. American Psychiatric Press, 1989. N Engl J Med  320:1089-90.

7. Kelly MJ.  Book Review.  Brown GW, Harris TO.  Life events and illness.  New York:Guilford Press,  1989.  N Engl J  Med 1990;322:276.

8. Kelly MJ.  Book Review.  Andersen AE.  Males with eating disorders.  New York:Brunner/Mazel, 1990.  N Engl J Med  1991;324:202.

9. Kelly MJ. Strategies for Diagnosing and Treating Depression. Boston:Brigham and Women's Hospital, 1991; Medical Update 3:8:1-5.

10. Kelly MJ.  Suicide assessment in the emergency department.  Boston: Risk Management Foundation of the Harvard Medical Institutions, 1993; Forum 14:6:5-6.

11. Kelly, MJ.  Book Review. Toward an Integrated Medicine: Classics from Psychosomatic
Medicine 1959-1979.  Washington, D. C. American Psychiatric Press, Inc.  1995.

### Books

1. Reich P, Kelly MJ.  Introduction to the mental disorders.  In:  Wintrobe MM, et al, eds.  Harrison's Principles of  Internal Medicine, 7th ed.  New York: McGraw-Hill,  1974:1871-75.

2. Reich P, Kelly MJ.  The neuroses.  In: Wintrobe MM, et al,  eds.  Harrison's Principles of Internal Medicine, 7th ed.  New York: McGraw-Hill, 1974:1875-85.

3. Reich P, Kelly MJ.  Introduction to the mental disorders.   In: Thorn GW, et al, eds.  Harrison's Principles of Internal Medicine, 8th Edition.  New York: McGraw-Hill,  1977:  1944-48.

4. Reich P, Kelly MJ.  The neuroses.  In: Thorn GW, et al, eds.  Harrison's Principles of Internal Medicine, 8th ed.  New York:  McGraw-Hill, 1977:1948-55.

12

5.   Kelly MJ, Reich P.  Psychiatric Preparation of the Surgical Patient.  In: Vandam LD, ed.  To make the patient ready for anesthesia: medical care of the surgical patient.  Reading, Mass:  Addison-Wesley, 1980:218-35.

6.   Kelly MJ, Reich P.  Psychiatric Preparation of the Surgical Patient.  In: Vandam LD, ed.  To make the patient ready for anesthesia: medical care of the surgical patient.  Reading, Mass: Addison-Wesley, 1984:224-41.

7.   Kelly, MJ.  Psychosis and depression.  In: Braunwald E and Rose BD.  Intensive review of Internal Medicine.  Boston, Mass:  Harvard Medical School, 1993:470-75.

8.   Kelly MJ, Rogers MP.  Neuropsychiatric Aspects of Systemic Lupus Erythematosus.  In: Stoudemire A and Fogel BS.  Medical- Psychiatric Practice.  Washington, D.C.: American Psychiatric Press, 1995:183-214.

9.   Rogers MP, Kelly MJ.  Psychiatric aspects of systemic lupus.  In: Schur, PH ed.  The clinical management of systemic lupus erythematosus, 2nd ed.  Philadelphia: Lippincott- aven Publishers, 1996:155-73.

10.  Kelly MJ, Mufson MJ, Rogers MP.  Medical Settings and Suicide.  In: Jacobs DG ed.  Guide to Suicide Assessment and Intervention, 1st ed.  San Francisco: Jossey-Blass Publishers, 1999:491-519.

Jan2022

# Martin J. Kelly, M.D.

# Case List:  2018 – 2021

# Testimony at Trial, Deposition and Hearing

# Martin J. Kelly, M.D. -- 2018 Case List Summary

| CASE TESTIMONY | COURT | RETAIND BY | |
|---|---|---|---|
| Comm. v. Yvonne Lewis | Suffolk Superior Boston | Defendant | Trial |
| Comm. v. Leanor Flores | Suffolk Superior Boston | District Attorney | Hearing |
| Comm v. M. Rodriques | Essex District Salem | District Attorney | Trial |
| Comm. v. Chr. Fratantonio | Cape and Islands Barnstable | District Attorney | Trial |

# Martin J. Kelly, M.D. -- 2019 Case List Summary

## Testimony at trial, Hearing and Deposition

| CASE | COURT | Retained by | TESTIMONY |
|---|---|---|---|
| Comm. v. Juan Manana-Rodriques | Essex Superior | Prosecution | Trial |
| Comm v. Wilson-Lopez | Essex Superior | Prosecution | Hearing |
| Scott Bergantino. v. Cranston RI | R.I. Superior | Defendant | Deposition |

# Martin J. Kelly, M.D. -- 2020 Case List Summary

## Testimony at Trial, Hearing and Deposition

| CASE | COURT | Retained by | TESTIMONY |
|---|---|---|---|
| Comm. v. Aaron Mrowka | Barnstable Superior | Prosecution | Trial |
| Carl Erickson v. FCA US LLC | US District Ct Eastern Michigan | Defense | Deposition |

# Martin J. Kelly, M.D. -- 2021 Case List Summary

## Testimony at Trial, Hearing and Deposition

| CASE | COURT | Retained by | TESTIMONY |
|---|---|---|---|
| Comm. v. Adam O'Brien | Barnstable Superior | Prosecution | Hearing |
| Comm v. M. McDonald | Bristol Superior | Prosecution | Trial |
| Menninger v. PPD | U.S District Boston | Defendant | Deposition |

# 2022

# No Trial, Hearing or Deposition Testimony