# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - x

LISA MENNINGER,

        Plaintiff,

  V.         Civil Action No. 1:19-CV-11441-LTS

PPD DEVELOPMENT, L.P.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF

MARTIN J. KELLY, M.D.

APPEARING REMOTELY FROM

Westport Point, Massachusetts

February 10, 2021

10:05 a.m.

Reporter:  Rosemary F. Grogan, RPR, CSR No. 112993

Appearing Remotely from Norfolk County, Massachusetts



|  | Page 42 | | Page 43 |
|---|---|---|---|
| 1 | A.  I think he diagnosed generalized anxiety | 1 | Q.  Why? |
| 2 | disorder and maybe social phobia. | 2 | A.  Because I don't think she -- she may have |
| 3 | Q.  And in connection with this matter, you | 3 | anxiety in meeting settings, as many individuals do, but |
| 4 | reviewed those records from that psychiatrist, correct? | 4 | I don't think it warranted the diagnosis of generalized |
| 5 | A.  I did. | 5 | anxiety disorder and I don't think it warranted the |
| 6 | Q.  And you think that that diagnosis was | 6 | diagnosis of social phobia. |
| 7 | incorrect? | 7 | So to that degree, I disagree with him. |
| 8 | A.  If she had social anxiety disorder, social | 8 | Q.  And then in your examination of Dr. Menninger |
| 9 | phobia, it is -- in my opinion, doesn't warrant the full | 9 | in talking about her history, you talked about the |
| 10 | diagnosis of it.  I think that if it's present, it did | 10 | events that led to her disclosing her situation to PPD, |
| 11 | not substantially affect her work performance, for | 11 | correct? |
| 12 | example, which is the main area she was complaining, | 12 | A.  Correct. |
| 13 | either at PPD or other settings, employment or school or | 13 | Q.  And she told you about why she went and saw |
| 14 | the like. | 14 | Dr. Kessimian? |
| 15 | So if present, it was a milder version of it. | 15 | A.  Yes. |
| 16 | And again, the problem is with DSM -- well, I think the | 16 | Q.  And you reviewed Dr. Kessimian's records |
| 17 | language in DSM is substantial interference with an | 17 | correct? |
| 18 | important area or functioning. | 18 | A.  Yes, correct. |
| 19 | Q.  But back to my question, sir, which was:  Do | 19 | Q.  And you saw Dr. Kessimian had diagnosed |
| 20 | you believe that that psychiatrist you referenced | 20 | Dr. Menninger with social disorder, right? |
| 21 | earlier, who diagnosed Dr. Menninger with generalized | 21 | A.  Yes. |
| 22 | anxiety disorder, do you think he simply got that | 22 | Q.  And you saw Dr. Kessimian had diagnosed |
| 23 | diagnosis wrong? | 23 | Dr. Menninger with panic disorder, right? |
| 24 | A.  I would disagree with him, if you will, yes. | 24 | A.  I believe, yes. |
|  | Page 44 | | Page 45 |
| 1 | Q.  But it's your view that those -- the diagnoses | 1 | A.  Again, my focus was on what was presented to |
| 2 | by Dr. Kessimian are incorrect? | 2 | me. |
| 3 | A.  I disagree with them. | 3 | Q.  Sure.  I appreciate that, which is why I'm |
| 4 | Q.  And why did you disagree with Dr. Kessimian's | 4 | asking this follow-up question, and I'll be a bit more |
| 5 | diagnoses? | 5 | specific. |
| 6 | A.  Because I really don't think that she has a | 6 | Do you have an opinion one way or the other as |
| 7 | substantial disruption in her functioning on the basis | 7 | to whether or not Dr. Menninger suffered from a mental |
| 8 | of these psychiatric conditions to the degree they might | 8 | disorder during the time she was employed at PPD? |
| 9 | be present. | 9 | A.  No. |
| 10 | Q.  You mentioned before the possibility that | 10 | Q.  Okay.  And to be clear, it's not your claim |
| 11 | Dr. Menninger may have a milder version of some kind of | 11 | that Dr. Menninger was faking it, right? |
| 12 | disorder. | 12 | A.  No. |
| 13 | Did I hear that correctly? | 13 | Q.  No, that's not your view? |
| 14 | A.  Yes. | 14 | A.  I don't think she was faking. |
| 15 | Q.  What do you mean by that? | 15 | Q.  And while you may believe the disruption she |
| 16 | A.  That, if present, social anxiety disorder did | 16 | was suffering didn't rise to the level of a full |
| 17 | not result in a substantial disruption of her capacity | 17 | diagnosis, you would agree that the symptoms that |
| 18 | to function. | 18 | Dr. Menninger complained of, with respect to the |
| 19 | Q.  But you're not excluding the possibility that | 19 | anxiety, that they did have a meaningful impact on her; |
| 20 | she may suffer from such a disorder, correct? | 20 | is that fair to say? |
| 21 | A.  Correct. | 21 | MS. MANDEL:  Objection. |
| 22 | Q.  Do you have an opinion one way or the other as | 22 | A.  I'm not sure I understand the question.  Could |
| 23 | to whether or not Dr. Menninger suffers from a mental | 23 | you clarify that for me, please? |
| 24 | disorder? | 24 | Q.  Sure. |

