THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>　　　Defendant. | Civil Action No: 1:19-CV-11441-LTS |

## PLAINTIFF'S LIST OF POTENTIAL WITNESSES

1. Lisa Menninger (fact witness), Bend, Oregon.

2. Hacene Mekerri (fact witness), Singapore.

3. Deborah Ballweg (fact witness), Hollandale, Wisconsin.

4. Christopher Fikry (fact witness), Wilmington, North Carolina.

5. Christopher Clendening (fact witness), Cleeves, Ohio.

6. Brent McKinnon (fact witness), Pittsburg, Texas.

7. Chad St. John (fact witness), Liberty Township, Ohio.

8. Tonya Hart (fact witness), Bend, Oregon.

9. Dr. Marianna Kessimian (fact witness), Providence, Rhode Island.

10. Dr. Alicia Burbano (fact witness), Albuquerque, New Mexico.

11. Dr. Paul Summergrad (expert witness), Newton, Massachusetts.

12. Bruce R. Jonas (expert witness), Nesconset, New York.

Respectfully submitted,

*/s/ Patrick J. Hannon*

Patrick J. Hannon (BBO #664958)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb, LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
phannon@hmrhlaw.com
hwatson@hmrhlaw.com
P: (617) 723-8000
F: (617) 447-2800
Attorneys for Plaintiff Lisa Menninger

Date: 3/10/2023March 10, 2023