UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>    Defendant. | Civil Action No: 1:19-CV-11441-LTS |

**PLAINTIFF'S PROPOSED VERDICT FORM**

## Part A

1. Has Plaintiff Lisa Menninger proved to you by a preponderance of the evidence that Defendant PPD Development, L.P. unlawfully discriminated against her?

    YES _____    NO _____

*Proceed to Question 2.*

2. Has Plaintiff Lisa Menninger proved to you by a preponderance of the evidence that Defendant PPD Development, L.P. unlawfully retaliated her?

    YES _____    NO _____

*If you answered Yes to Question 1, Question 2, or both, proceed to Part B. If you answered No to both Questions, proceed to Part D.*

## Part B

3. What amount do you award Plaintiff Lisa Menninger in past compensatory damages for the time period up to today's date?

$_____ (amount expressed in numbers)

_____ (amount expressed in words)

4. What amount do you award Plaintiff Lisa Menninger in future compensatory damages for the time period after today's date?

$_____ (amount expressed in numbers)

_____ (amount expressed in words)

*Proceed to Part C.*

## Part C

5. Do you find that punitive damages are appropriate?

YES _____    NO _____

*If your answer to Question 5 is Yes, proceed to Question 6. If your answer is No, proceed to Part D.*

6. What amount of punitive damages do you award Plaintiff Lisa Menninger?

$_____ (amount expressed in numbers)

_____ (amount expressed in words)

*Proceed to Part D.*

**Part D**

*Please have the foreperson sign and date this verdict form, and then inform the Court security officer that you have reached a verdict.*

I hereby certify the foregoing answers are the unanimous answers of the jury.

_____
Jury Foreperson

_____
Dated:_____

>Respectfully submitted,
>Plaintiff Lisa Menninger,
>By her attorneys,
>
>*/s/ Hampton M. Watson*
>Patrick J. Hannon (BBO #664958)
>Hampton M. Watson (BBO #705983)
>Hartley Michon Robb Hannon LLP
>155 Seaport Boulevard, 2nd Floor
>Boston, MA 02210
>phannon@hmrhlaw.com
>hwatson@hmrhlaw.com
>P: (617) 723-8000
>Attorneys for Plaintiff

Date: March 10, 2023

## CERTIFICATE OF SERVICE

I, Hampton M. Watson, certify that on March 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant by electronically serving its counsel of record.

>/s/ *Hampton M. Watson*
>Hampton M. Watson

4