| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 1 | P32 – Ex. 1 to Dr. Martin J. Kelly Deposition (Re: Jeffrey Chaput, 5/20/11) |
| 2 | P33 - Ex. 2 to Dr. Martin J. Kelly Deposition (Re: Gilbert Dube, 6/12/02) |
| 3 | P36 – Menninger's employment application and resume, MENNINGER000055-59 |
| 4 | P37 – Menninger's 2019 W-2, MENNINGER_SUPP000075-76 |
| 5 | P38 – Mason and Lisa Menninger's 2015 tax forms, MENNINGER000915-49 |
| 6 | P39 - Mason and Lisa Menninger's 2016 tax forms, MENNINGER000950-88 |
| 7 | P40 - Mason and Lisa Menninger's 2017 tax forms, MENNINGER000989-1049 |
| 8 | P43 – Paystub to Menninger for period ending 10/31/17, MENNINGER_SUPP000164 |
| 9 | P44 – Menninger's 2017 W-2, MENNINGER_SUPP000165-68 |
| 10 | P45 – Menninger's 2018 W-2, MENNINGER_SUPP000169-70 |
| 11 | P46 – Menninger's benefits information, MENNINGER_SUPP000171-230 |
| 12 | P48 – 2016 Q4 Cycle Compensation Statement, MENNINGER_SUPP000233 |
| 13 | P49 – 2017 Compensation Statement for 2016 Performance Year, MENNINGER_SUPP000234 |
| 14 | P50 – 2018 Compensation Statement for 2017 Performance Year, MENNINGER_SUPP000235 |
| 15 | P52 – 2019 Health Plan Premiums and 2019 PPD Open Enrollment Benefits, MENNINGER000159-77 |
| 16 | P60 – Executive Director Labs Job Description, MENNINGER000268-71 |
| 17 | P61 – Org chart, MENNINGER000520 |
| 18 | P63 – Psychiatric Evaluation Notes from Dr. Kessimian, MENNINGER000663-774 |
| 19 | P64 – Statement of Dr. Kessimian, 6/5/18, MENNINGER000775-80 |
| 20 | P65 – Medical Records from Michael J. Everson, M.D., MENNINGER001132-41 |
| 21 | P66 - Handwritten notes, MENNINGER001142-93 |
| 22 | P67 – Psychiatric Follow up notes from Dr. Kessimian, MENNINGER000601-04 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 23 | P68 – Medical records from Sandia Psychiatry, MENNINGER_SUPP000001-74 |
| 24 | P72 – Medical records from Deschutes County Health Services Behavioral Health Division, MENNINGER_SUPP000075-115 |
| 25 | P73 – Medical records from Butler Hospital, MENNINGER_SUPP000116-75 |
| 26 | P74 – Medical records from Deschutes County Health Services Behavioral Health Division, MENNINGER_SUPP000176-213 |
| 27 | P75 – Medical records from Mindful Support Services, MENNINGER_SUPP000252-433 |
| 28 | P79 – 1/31/18 Request for Accommodation completed by Dr. Kessimian, MENNINGER000598-600 |
| 29 | P89 – Hartman/Menninger email correspondence, 9/7/17, MENNINGER000322-23 |
| 30 | P91 – James/Menninger email correspondence, 3/28/19, MENNINGER000325 |
| 31 | P92 – Sheppard/Menninger email correspondence, 4/3/19, MENNINGER000334-35 |
| 32 | P93 – 3/28/19 correspondence from James to Menninger regarding Share Repurchase, MENNINGER000339-41 |
| 33 | P94 – Option Exercise Model – Eagle I Options, MENNINGER000342-43 |
| 34 | P95 – Correspondence from James to Hannon, 5/6/19, MENNINGER000344 |
| 35 | P96 – Option Exercise Modeling Sheet – X-Co Options, MENNINGER000345-46 |
| 36 | P97 – Eagle Holding stock certificate, MENNINGER000347-48 |
| 37 | P98 – Stock Purchase Agreement between Eagle Holding Company I and Menninger, MENNINGER000349-59 |
| 38 | P99 – Check from JPMorganChase to Menninger, 5/2/19, MENNINGER000360-61 |
| 39 | P100 – Wright/Menninger email correspondence, 2/15/19, MENNINGER000501-02 |
| 40 | P102 – Eagle Holding Company I declarations, PPD_MENNINGER 004460-4514 |
| 41 | P103 – Texts, MENNINGER000073 |
| 42 | P104 – Menninger/Mekerri/St. John email correspondence, 5/8/18, MENNINGER000079 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 43 | P106 – Mekerri/St. John/Menninger email correspondence, 5/17/18, MENNINGER000263 |
| 44 | P107 – Clendening/Menninger/St. John email correspondence, 5/17/18, & Ballweg/Menninger correspondence, 5/18/18, MENNINGER000264-66 |
| 45 | P108 – Williams/St. John email correspondence, PPD_MENNINGER 001516-28 |
| 46 | P109 – Non-Critical Quality Events, MENNINGER000519 |
| 47 | P110 – Email from Dr. Kessimian to St. John attaching Request for Accommodation, 1/31/18, PPD_MENNINGER 000030-33 |
| 48 | P111 – Email from Dr. Kessimian to St. John attaching psychoeducation regarding disability and accommodation requests, 2/14/18, PPD_MENNINGER 000035-37 |
| 49 | P112 - Email from Mekerri to St. John, 3/29/18, PPD_MENNINGER 000288 |
| 50 | P113 – Menninger/Mekerri email correspondence, 4/11-17/18, PPD_MENNINGER 000298-301 |
| 51 | P114 – Information on Menninger's request for accommodations, PPD_MENNINGER 000317-22 |
| 52 | P115 – Interview Agenda for Patrick Mann, PPD_MENNINGER 000336 |
| 53 | P116 – 5/9/18 calendar entry regarding call, PPD_MENNINGER 000340 |
| 54 | P117 - Menninger Resume, PPD_MENNINGER 000406-07 |
| 55 | P118 – Correspondence regarding Menninger's non-competition/confidentiality agreement, PPD_MENNINGER 000453 |
| 56 | P119 – Email correspondence regarding equity offer for Menninger, PPD_MENNINGER 000455-58 |
| 57 | P120 – 2015 Performance Review, PPD_MENNINGER 000467-73 |
| 58 | P121 - 2016 Performance Review, PPD_MENNINGER 000474-80 |
| 59 | P122 – 2017 Performance Review, PPD_MENNINGER 000481-90 |
| 60 | P123 – St. John/Williams/Ballweg/Menninger email correspondence, 1/15/18, PPD_MENNINGER 003742-44 |
| 61 | P124 – St. John/Mekerri/Menninger email correspondence, 2/26/18 – 3/1/18, PPD_MENNINGER 003801-09 |
| 62 | P125 – Menninger/St. John/Mekerri email correspondence, 1/15/18 – 2/4/18, PPD_MENNINGER 003822-25 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 63 | P126 – St. John/Ballweg email correspondence, 3/6/18 – 3/7/18, PPD_MENNINGER 003879-82 |
| 64 | P127 - Information on Menninger's request for accommodations, PPD_MENNINGER 003901-05 |
| 65 | P128 – St. John/Ballweg email correspondence, 3/1/18 – 3/5/18, PPD_MENNINGER 003949-54 |
| 66 | P129 – Email from St. John to Mekerri, 5/1/18, with prior emails redacted, PPD_MENNINGER 004237-42 |
| 67 | P130 – St. John/Ballweg email correspondence, 4/20/18, with prior emails redacted, PPD_MENNINGER 004243-48 |
| 68 | P131 – St. John/Ballweg email correspondence, 4/3/18, with prior emails redacted, PPD_MENNINGER 004256-59 |
| 69 | P132 – St. John/Mekerri/Ballweg email correspondence, 3/28/18, with prior emails redacted, PPD_MENNINGER 004260-64 |
| 70 | P133 – St. John/Ballweg email correspondence, 4/27/18, with prior emails redacted, PPD_MENNINGER 004298-4306 |
| 71 | P134 – Email from Ballweg to St. John, 4/27/18, with prior emails redacted, PPD_MENNINGER 004307-15 |
| 72 | P135 – St. John/Ballweg email correspondence, 4/20/18, with prior emails redacted, PPD_MENNINGER 004316-21 |
| 73 | P136 – Ballweg/Mekerri/St. John/Menninger email correspondence, 4/11/18 – 4/25/18, PPD_MENNINGER 004406-11 |
| 74 | P137 – St. John/Ballweg email correspondence, 5/22/18, PPD_MENNINGER 004451-52 |
| 75 | P138 – Email from St. John to Ballweg, 5/14/18, PPD_MENNINGER 004448 |
| 76 | P139 – St. John/Ballweg email correspondence, 4/26/18, PPD_MENNINGER 004436 |
| 77 | P140 – St. John/Mekerri/Menninger email correspondence, 1/15/18, PPD_MENNINGER 003733-35 |
| 78 | P141 – Interview Agenda for Alex Ryder, PPD_MENNINGER 000396 |
| 79 | P142 – St. John/Ballweg email correspondence, 3/1/18 – 3/5/18, PPD_MENNINGER 004184-89 |
| 80 | P143 – McKinnon/St. John email correspondence, 3/8/18, PPD_MENNINGER 000052 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 81 | P144 – Menninger/McNamara/Groat/ St. John email correspondence, 2/12/18, PPD_MENNINGER 002892-94 |
| 82 | P145 – Email from McKinnon to Menninger, 5/10/18, PPD_MENNINGER 000307-09 |
| 83 | P146 – St. John/Mekerri/Menninger email correspondence, 5/8/18 – 5/11/18, PPD_MENNINGER 0004442-44 |
| 84 | P147 – Email from McKinnon to Menninger, 5/15/18, PPD_MENNINGER 000310-11 |
| 85 | P148 – Memo by Ballweg regarding Menninger's complaint of discriminatory behavior based on disability, 5/18/18, PPD_MENNINGER 000333-35 |
| 86 | P149 – Ballweg/St. John email correspondence, 3/1/18 – 3/5/18, PPD_MENNINGER 004177-83 |
| 87 | P150 – St. John/Ballweg email correspondence, 3/6/18 – 3/7/18, PPD_MENNINGER 004065-83 |
| 88 | P151 – Mekerri/St. John/Groat email correspondence, 2/1/19, PPD_MENNINGER 000494-95 |
| 89 | P152 – Groat/St. John/Mekerri email correspondence, 2/1/19, PPD_MENNINGER 000498-500 |
| 90 | P153 – Menninger/St. John email correspondence, November 2018, PPD_MENNINGER 000531-32 |
| 91 | P154 – Johnson/Menninger/St. John email correspondence, November 2018, PPD_MENNINGER 000560-61 |
| 92 | P155 – St. John/Ballweg/Menninger email correspondence, 11/12/18, PPD_MENNINGER 000564 |
| 93 | P156 – Johnson/St. John email correspondence, 10/29/18 – 11/8/18, PPD_MENNINGER 000565-66 |
| 94 | P157 – Email from Menninger to St. John, 11/12/18, PPD_MENNINGER 000567 |
| 95 | P158 – Email from Johnson to St. John/Mekerri, 10/29/18, PPD_MENNINGER 000570-72 |
| 96 | P159 – Correspondence from Johnson to Menninger, 10/29/18, PPD_MENNINGER 000571-72 |
| 97 | P160 – St. John/Hoffman email correspondence, 10/1/18, PPD_MENNINGER 000573-74 |

| \ LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 98 | P161 – Johnson/Menninger/Ashley email correspondence, 6/4/18 – 6/5/18, PPD_MENNINGER 000614-15 |
| 99 | P162 – St. John/Groat email correspondence, 6/21/18 – 6/22/18, PPD_MENNINGER 000631-33 |
| 100 | P163 – Email from St. John to Mekerri, Menninger, Clendening & McKinnon, 6/1/18, PPD_MENNINGER 000708-09 |
| 101 | P164 - St. John/McKinnon/Menninger email correspondence, 5/17/18 – 5/18/18, PPD_MENNINGER 000722-26 |
| 102 | P165 – Email from St. John to Ballweg, 6/5/18, PPD_MENNINGER 000734-35 |
| 103 | P166 – St. John/Ballweg email correspondence, 5/15/18 – 5/16/18, PPD_MENNINGER 000759-60 |
| 104 | P167 – IM conversation between McKinnon & St. John, 5/18/18, PPD_MENNINGER 000765 |
| 105 | P168 – St. John/Ballweg/Mekerri email conversation, 5/10/18 – 5/11/18, PPD_MENNINGER 000788-89 |
| 106 | P169 – St. John/Williams/Menninger/Goldstein email correspondence, PPD_MENNINGER 000798-814 |
| 107 | P170 – Resume of Basel Kashlan, PPD_MENNINGER 000811-14 |
| 108 | P172 – Email from St. John to Groat, 6/5/18, PPD_MENNINGER 000828-29 |
| 109 | P173 – St. John/Ballweg email correspondence, 6/5/18, PPD_MENNINGER 000834-37 |
| 110 | P174 – St. John/Ballweg email correspondence, 6/5/18, PPD_MENNINGER 000838-41 |
| 111 | P175 – St. John/Ballweg email correspondence, 5/22/18, PPD_MENNINGER 000842-46 |
| 112 | P176 – Email from St. John to Mekerri & Clendening, 6/4/18, PPD_MENNINGER 000847 |
| 113 | P177 – St. John/Mekerri/Ballweg/Menninger email correspondence, 2/26/18 – 5/14/18, PPD_MENNINGER 000848-54 |
| 114 | P178 – St. John/Ballweg/Menninger email correspondence, 2/26/18 – 5/14/18, PPD_MENNINGER 000855-60 |
| 115 | P179 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/28/18, PPD_MENNINGER 000861-71 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 116 | P180 - Menninger/Mekerri e-mail correspondence, PPD_MENNINGER 000866-71 |
| 117 | P181 – St. John/Ballweg email correspondence, 5/22/18, PPD_MENNINGER 000883 |
| 118 | P182 - St. John/Ballweg/Mekerri/Menninger email correspondence, 4/11/18 – 4/18/18, PPD_MENNINGER 000887-91 |
| 119 | P183 - St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/18/18, PPD_MENNINGER 000897-901 |
| 120 | P184 – IM conversation between Williams and St. John, 4/12/18, PPD_MENNINGER 000902 |
| 121 | P185 – St. John/Ballweg/Mekerri email correspondence, 4/10/18, PPD_MENNINGER 000903-04 |
| 122 | P186 – St. John/Ballweg/Mekerri/Menninger email correspondence, 4/9/18 – 4/12/18, PPD_MENNINGER 000905-06 |
| 123 | P187 – St. John/Ballweg/Mekerri email correspondence, 4/10/18, PPD_MENNINGER 000907-08 |
| 124 | P188 – St. John/Ballweg email correspondence, 4/12/18, PPD_MENNINGER 000909-12 |
| 125 | P189 – St. John/Ballweg/Mekerri email correspondence, 4/3/18 – 4/4/18, PPD_MENNINGER 000913-14 |
| 126 | P190 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/17/18, PPD_MENNINGER 000918-22 |
| 127 | P191 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/20/18, PPD_MENNINGER 000926-30 |
| 128 | P192 – St. John/Ballweg/Mekerri/Menninger email correspondence, 4/11/18 – 4/20/18, PPD_MENNINGER 000936-40 |
| 129 | P193 - Menninger/Mekerri/St. John email correspondence, PPD_MENNINGER 000941-48 |
| 130 | P194 – Menninger/Mekerri email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 000945-48 |
| 131 | P195 – St. John/Ballweg/Mekerri/Menninger email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 000949-52 |
| 132 | P196 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/30/18, PPD_MENNINGER 000953-65 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 133 | P197 - Executive Director Labs Job Description, and information on request for accommodations, PPD_MENNINGER 000959-65 |
| 134 | P198 – Information on request for accommodations, PPD_MENNINGER 000963-65 |
| 135 | P199 – IM conversation between Ballweg and St. John, 4/12/18, PPD_MENNINGER 000966 |
| 136 | P200 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 000967-79 |
| 137 | P201 - Executive Director Labs Job Description, and information on request for accommodations, PPD_MENNINGER 000973-79 |
| 138 | P202 – Information on request for accommodations, PPD_MENNINGER 000977-79 |
| 139 | P203 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/30/18, PPD_MENNINGER 000980-84 |
| 140 | P204 – St. John/Ballweg/Mekerri/Menninger email correspondence, 4/11/18 – 4/20/18, PPD_MENNINGER 000992-96 |
| 141 | P205 –St. John/Menninger email correspondence, 3/12/18 – 3/28/18, PPD_MENNINGER 000997-99 |
| 142 | P206 – St. John/Ballweg meeting invite, 3/28/18, PPD_MENNINGER 001000-01 |
| 143 | P207 – St. John/Ballweg/Menninger/Mekerri email correspondence, 4/9/18 – 4/12/18, PPD_MENNINGER 001002-04 |
| 144 | P208 – St. John/Ballweg/Mekerri/Menninger email correspondence, 4/11/18 – 4/20/18, PPD_MENNINGER 001005-09 |
| 145 | P209 – St. John/Mekerri/Menninger email correspondence, PPD_MENNINGER 001010-17 |
| 146 | P210 – Email from St. John to Ballweg, 4/12/18, R 001018 |
| 147 | P211 – St. John/Mekerri/Menninger email correspondence, 4/11/18, PPD_MENNINGER 001019-20 |
| 148 | P212 – St. John/Ballweg/Mekerri email correspondence, 4/3/18, PPD_MENNINGER 001036-37 |
| 149 | P213 – Email from St. John to Mekerri, 4/3/18, PPD_MENNINGER 001038 |
| 150 | P214 – Chart regarding licensing, PPD_MENNINGER 001041 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 151 | P215 – St. John/Mekerri email correspondence, 3/20/18, PPD_MENNINGER 001048-50 |
| 152 | P216 – St. John/Mekerri/Ballweg email correspondence, 4/6/18 – 4/9/18, PPD_MENNINGER 001056-57 |
| 153 | P217 – St. John/Mekerri email correspondence, 3/20/18, PPD_MENNINGER 001058-59 |
| 154 | P218 – Email from St. John to Mekerri, 3/20/18, PPD_MENNINGER 001060 |
| 155 | P219 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/3/18, PPD_MENNINGER 001061-64 |
| 156 | P220 – St. John/Mekerri/Menninger email correspondence, 3/12/18 – 4/3/18, PPD_MENNINGER 001065-68 |
| 157 | P221 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/3/18, PPD_MENNINGER 001069-72 |
| 158 | P222 – St. John/Menninger email correspondence, 3/12/18 – 4/3/18, PPD_MENNINGER 001073-75 |
| 159 | P223 – St. John/Mekerri/Ballweg/Menninger email correspondence, 3/12/18 – 3/26/18, PPD_MENNINGER 001076-78 |
| 160 | P224 – St. John/Menninger/Mekerri email correspondence, 3/5/18 – 3/8/18, PPD_MENNINGER 001079-81 |
| 161 | P225 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 3/26/18, PPD_MENNINGER 001082-84 |
| 162 | P226 – St. John/Menninger/Groat/McNamara email correspondence, PPD_MENNINGER 001085-92 |
| 163 | P227 – St. John/Menninger email correspondence, 3/5/18 – 3/8/18, PPD_MENNINGER 001107-08 |
| 164 | P228 – Meeting invite cancellation from St. John to Mekerri and Menninger, 3/1/18, PPD_MENNINGER 001109 |
| 165 | P229 – St. John/Mekerri/Menninger email correspondence, 3/12/18, PPD_MENNINGER 001110-15 |
| 166 | P230 - Executive Director Labs Job Description, PPD_MENNINGER 001112-15 |
| 167 | P231 – St. John/Ballweg email correspondence, PPD_MENNINGER 001116-20 |
| 168 | P232 – St. John/Groat/Mekerri/Ballweg email correspondence, 2/23/18 – 2/27/18, PPD_MENNINGER 001121-26 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 169 | P233 – St. John/Mekerri/Ballweg email correspondence, 2/23/18 – 2/27/18, PPD_MENNINGER 001127-32 |
| 170 | P234 – St. John/Ballweg/Menninger email correspondence, 3/12/18, PPD_MENNINGER 001133-38 |
| 171 | P235 - Executive Director Labs Job Description, PPD_MENNINGER 001135-38 |
| 172 | P236 – St. John/Ballweg/Mekerri/Kessimian email correspondence, 2/14/18 – 2/21/18, PPD_MENNINGER 001139-45 |
| 173 | P237 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001143-45 |
| 174 | P238 – St. John/Clendening/Mekerri/Kessimian email correspondence, 2/14/18, PPD_MENNINGER 001146-50 |
| 175 | P239 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001148-50 |
| 176 | P240 – Email from St. John to Menninger, 3/12/18, PPD_MENNINGER 001151-56 |
| 177 | P241 - Executive Director Labs Job Description, PPD_MENNINGER 001153-56 |
| 178 | P242 – St. John/Mekerri/Menninger email correspondence, 2/6/18 – 3/2/18, PPD_MENNINGER 001157-62 |
| 179 | P243 - Executive Director Labs Job Description, PPD_MENNINGER 001159-62 |
| 180 | P244 – St. John/Ballweg/Kessimian email correspondence, 2/14/18, PPD_MENNINGER 001163-66 |
| 181 | P245 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001164-66 |
| 182 | P246 – Email from St. John to Menninger, 2/26/18, PPD_MENNINGER 001167-72 |
| 183 | P247 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001170-72 |
| 184 | P248 – St. John/Mekerri/Ballweg email correspondence, 2/28/18, PPD_MENNINGER 001173-76 |
| 185 | P249 - Chart regarding licensing, PPD_MENNINGER 001176 |
| 186 | P250 – Email from St. John to Ballweg, 2/28/18, PPD_MENNINGER 001177-79 |
| 187 | P251 - Chart regarding licensing, PPD_MENNINGER 001179 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 188 | P252 – St. John/Mekerri/Kessimian email correspondence, 2/14/18, PPD_MENNINGER 001186-89 |
| 189 | P253 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001187-89 |
| 190 | P254 – St. John/Ballweg/Mekerri/Kessimian email correspondence, 2/14/18 – 2/22/18, PPD_MENNINGER 001190-94 |
| 191 | P255 – St. John/Kessimian email correspondence, 2/14/18, PPD_MENNINGER 001195 |
| 192 | P256 – St. John/Ballweg/Mekerri email correspondence, 2/23/18 – 2/26/18 - PPD_MENNINGER 001201-04 |
| 193 | P257 – St. John/Ballweg/Mekerri/Menninger email correspondence, 1/15/18 – 2/5/18, PPD_MENNINGER 001217-22 |
| 194 | P258 - St. John/Mekerri/Menninger e-mail correspondence, 1/15/18 – 2/5/18, PPD_MENNINGER 001227-31 |
| 195 | P259 – St. John/Menninger/Groat email correspondence, 1/24/18 – 2/2/18, PPD_MENNINGER 001232-34 |
| 196 | P260 – St. John/Menninger email correspondence, 2/23/18, PPD_MENNINGER 001235 |
| 197 | P261 – St. John/Fikry/Mekerri email correspondence, 2/7/18 & attached email from Mekerri to Menninger, 2/6/18, PPD_MENNINGER 001237-43 |
| 198 | P262 - Mekerri/Menninger/St. John e-mail correspondence, 2/6/18, PPD_MENNINGER 001239-43 |
| 199 | P263 – Executive Director Labs Job Description, PPD_MENNINGER 001240-43 |
| 200 | P264 – St. John/Menninger/Mekerri email correspondence, 1/15/18 – 1/31/18, PPD_MENNINGER 001244-46 |
| 201 | P265 - St. John/Menninger/Mekerri e-mail correspondence, 1/15/18 – 2/5/18, PPD_MENNINGER 001247-51 |
| 202 | P266 – St. John/Ballweg/Mekerri email correspondence, 2/23/18, PPD_MENNINGER 001254-60 |
| 203 | P267 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001258-60 |
| 204 | P268 – Email from St. John to Mekerri, 2/23/18, PPD_MENNINGER 001261-66 |

| LIST OF UNCONTESTED EXHIBITS | |
| --- | --- |
| **Ex. No.** | **Description** |
| 205 | P269 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 001264-66 |
| 206 | P270 – St. John/Mekerri/Menninger email correspondence, PPD_MENNINGER 001267-73 |
| 207 | P271 – St. John/Ballweg/Menninger email correspondence, PPD_MENNINGER 001274-79 |
| 208 | P272 – St. John/Menninger/Mekerri email correspondence, 2/6/18 – 2/9/18, PPD_MENNINGER 001280-81 |
| 209 | P273 – St. John/Menninger email correspondence, 1/24/18 – 1/29/18, PPD_MENNINGER 001282-83 |
| 210 | P274 – St. John/Ballweg/Williams/Kessimian email correspondence, 1/31/18 – 2/1/18, PPD_MENNINGER 001296-97 |
| 211 | P275 – St. John/Ballweg/Mekerri/Menninger email correspondence, 2/6/18 – 2/7/18, PPD_MENNINGER 001308-09 |
| 212 | P276 – St. John, Ballweg/Menninger/Mekerri email correspondence, 2/6/18 – 2/12/18, PPD_MENNINGER 001326-28 |
| 213 | P277 – St. John/Williams/Menninger/Mekerri email correspondence, 1/15/18 – 1/24/18, PPD_MENNINGER 001341-43 |
| 214 | P278 – St. John/Ballweg/Menninger/Mekerri email correspondence, 1/15/18 – 2/2/18, PPD_MENNINGER 001344-47 |
| 215 | P279 – St. John/Menninger/Mekerri email correspondence, 1/15/18 – 2/2/18, PPD_MENNINGER 001348-51 |
| 216 | P280 – St. John/McKinnon/Menninger/Groat email correspondence, 1/24/18 – 2/2/18, PPD_MENNINGER 001352-57 |
| 217 | P281 – St. John/Menninger/Groat email correspondence, 1/24/18 – 2/2/18, PPD_MENNINGER 001358-61 |
| 218 | P282 – St. John/Williams/Ballweg/Kessimian email correspondence, 1/31/18, with attachments, PPD_MENNINGER 001375-83 |
| 219 | P283 - 1/31/18 Request for Accommodation completed by Dr. Kessimian, 1/30/18 Physician's Statement for Accommodation signed by Menninger, Menninger/St. John email correspondence, & 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 001376-83 |
| 220 | P284 - 1/30/18 Physician's Statement for Accommodation signed by Menninger, Menninger/St. John email correspondence, & 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 001378-83 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 221 | P285 - Menninger/St. John email correspondence, & 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 001379-83 |
| 222 | P286 – 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 001382-83 |
| 223 | P287 – St. John/Williams/Menninger/Mekerri email correspondence, 1/15/18 – 1/16/18, PPD_MENNINGER 001384-86 |
| 224 | P288 – 2018 Annual Goals for Menninger, & Menninger/Mekerri email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 001397-402 |
| 225 | P289 - St. John/Ballweg meeting invite, 3/28/18, PPD_MENNINGER 001403-04 |
| 226 | P290 – Johnson/Menninger email correspondence, 7/6/18, PPD_MENNINGER 001429-31 |
| 227 | P291 – 7/6/18 FMLA Designation Notice to Menninger, PPD_MENNINGER 001431 |
| 228 | P292 – Fikry/Williams/Ballweg email correspondence, 6/25/18 – 6/26/18, PPD_MENNINGER 001432-34 |
| 229 | P293 – Ballweg/Williams/Fikry email correspondence, 6/25/18, PPD_MENNINGER 001438-40 |
| 230 | P294 – 6/11/18 email from Johnson to Menninger, PPD_MENNINGER 001473-74 |
| 231 | P295 – Williams/Ballweg email correspondence, 6/4/18, PPD_MENNINGER 001507-08 |
| 232 | P296 – Williams/Ballweg/Menninger/Goldstein email correspondence, PPD_MENNINGER 001516-28 |
| 233 | P297 – Menninger email, 6/2/18, PPD_MENNINGER 001529 |
| 234 | P298 – Ballweg/St. John/Dixon email correspondence, PPD_MENNINGER 001532-35 |
| 235 | P299 – St. John/Williams/Goldstein/Menninger email correspondence, PPD_MENNINGER 001549-65 |
| 236 | P300 – Resume of Basel Kashlan, PPD_MENNINGER 001562-65 |
| 237 | P301 – Menninger/Khachatryan/McKinnon/Reddy email correspondence, PPD_MENNINGER 001586-95 |
| 238 | P302 – Email from Ballweg to Menninger, 5/22/18, PPD_MENNINGER 001637 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 239 | P303 – St. John/Ballweg/Menninger email correspondence, 5/14/18 – 5/22/18, PPD_MENNINGER 001638-42 |
| 240 | P304 – Ballweg/St. John/Menninger email correspondence, 5/14/18 – 5/22/18, PPD_MENNINGER 001644-47 |
| 241 | P305 – Menninger/Ballweg email correspondence, 5/22/18, PPD_MENNINGER 001652 |
| 242 | P306 – Ballweg/Menninger email correspondence, 5/2/18 – 5/18/18, PPD_MENNINGER 001677-80 |
| 243 | P307 – St. John/Ballweg email correspondence, 5/15/18 – 5/16/18, PPD_MENNINGER 001681-82 |
| 244 | P308 – Ballweg/St. John email correspondence, 5/15/18 – 5/16/18, PPD_MENNINGER 001692-93 |
| 245 | P311 – Email form St. John to Ballweg, 5/14/18, PPD_MENNINGER 001719-21 |
| 246 | P313 – 2017 Performance Review for Menninger – Information, PPD_MENNINGER 001736 |
| 247 | P314 – Menninger/Ballweg email correspondence, 5/2/18 - 5/8/18, PPD_MENNINGER 001757-58 |
| 248 | P315 - Menninger/Ballweg e-mail correspondence, PPD_MENNINGER 001760-63 |
| 249 | P316 – Menninger/Ballweg/St. John email correspondence, 3/12/18 – 5/2/18, with attached 4/17/18 email, PPD_MENNINGER 001764-71 |
| 250 | P317 – Menninger/Mekerri email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 001768-71 |
| 251 | P318 – Menninger/Ballweg/St. John email correspondence, 3/12/18 – 5/2/18, with attached 4/27/18 email, PPD_MENNINGER 001772-80 |
| 252 | P319 – Menninger/Mekerri email correspondence, 4/11/18 – 4/27/18, PPD_MENNINGER 001776-80 |
| 253 | P320 – Menninger/Ballweg/St. John email correspondence, 3/12/18 – 5/2/18, PPD_MENNINGER 001781-93 |
| 254 | P321 – Executive Director Labs Job Description, and Information on request for accommodations, PPD_MENNINGER 001787-93 |
| 255 | P322 – Information on request for accommodations, PPD_MENNINGER 001791-93 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 256 | P323 – Mekerri/Ballweg/Menninger email correspondence, 4/11/18 – 4/29/18, PPD_MENNINGER 001807-11 |
| 257 | P324 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/30/18, PPD_MENNINGER 001823-27 |
| 258 | P325 – Mekerri/Ballweg/St. John/Menninger email correspondence, 4/11/18 – 4/25/18, PPD_MENNINGER 001833-37 |
| 259 | P326 – St. John/Ballweg/Mekerri email correspondence, PPD_MENNINGER 001848-52 |
| 260 | P327 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/18/18, PPD_MENNINGER 001858-62 |
| 261 | P328 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 4/17/18, with attached 4/17/18 email, PPD_MENNINGER 001868-75 |
| 262 | P329 – Menninger/Mekerri email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 001872-75 |
| 263 | P330 – Ballweg/St. John/Mekerri email correspondence, 4/10/18, PPD_MENNINGER 001891-92 |
| 264 | P331 – Ballweg/St. John email correspondence, 4/12/18, PPD_MENNINGER 001897-99 |
| 265 | P332 – Ballweg/Williams/Fikry email correspondence, 4/11/18, PPD_MENNINGER 001905 |
| 266 | P333 – St. John/Ballweg/Mekerri email correspondence, 4/6/18 – 4/9/18, PPD_MENNINGER 001906-07 |
| 267 | P334 – Ballweg/Williams/St. John/Mekerri email correspondence, 4/4/18 – 4/6/18, PPD_MENNINGER 001908-10 |
| 268 | P335 - Chart regarding licensing, PPD_MENNINGER 001910 |
| 269 | P336 – Ballweg/St. John/Mekerri email correspondence, 4/3/18, PPD_MENNINGER 001930-31 |
| 270 | P337 – St. John/Ballweg/Mekerri email correspondence, 4/3/18, PPD_MENNINGER 001932-33 |
| 271 | P338 – St. John/Ballweg/Menninger email correspondence, 3/12/18 – 3/26/18, PPD_MENNINGER 001943-45 |
| 272 | P339 – Email from St. John to Mekerri, 3/20/18, PPD_MENNINGER 001946 |
| 273 | P340 – St. John/Ballweg email correspondence, 3/1/18, PPD_MENNINGER 001957-61 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 274 | P341 – Email from St. John to Ballweg, 2/28/18, PPD_MENNINGER 001962-64 |
| 275 | P342 - Chart regarding licensing, PPD_MENNINGER 001964 |
| 276 | P343 – Ballweg/St. John/Mekerri email correspondence, 2/23/18 – 2/26/18, PPD_MENNINGER 001969-72 |
| 277 | P344 – Ballweg/St. John/Mekerri email correspondence, PPD_MENNINGER 001978-81 |
| 278 | P345 – St. John/Ballweg/Kessimian email correspondence, 2/14/18, PPD_MENNINGER 002009-12 |
| 279 | P346 – St. John/Ballweg/Mekerri email correspondence, PPD_MENNINGER 002021-26 |
| 280 | P347 – St. John/Williams/Ballweg/Kessimian correspondence, 1/31/18, PPD_MENNINGER 002033-41 |
| 281 | P348 – Request for Accommodation dated 1/31/18, Physician's Statement for Accommodation dated 1/30/18, 1/31/18 email from Menninger to St. John, & Employee Request for Accommodation dated 1/30/18, PPD_MENNINGER 002034-41 |
| 282 | P349 - Physician's Statement for Accommodation dated 1/30/18, 1/31/18 email from Menninger to St. John, & Employee Request for Accommodation dated 1/30/18, PPD_MENNINGER 002036-41 |
| 283 | P350 - 1/31/18 email from Menninger to St. John, & Employee Request for Accommodation dated 1/30/18, PPD_MENNINGER 002037-41 |
| 284 | P351 - Employee Request for Accommodation dated 1/30/18, PPD_MENNINGER 002040-41 |
| 285 | P352 – St. John/Williams/Ballweg email correspondence, 1/24/18, PPD_MENNINGER 002042-44 |
| 286 | P353 – St. John/Williams/Ballweg email correspondence, 1/16/18, PPD_MENNINGER 002052-54 |
| 287 | P354 – Email from Groat, 6/5/18, PPD_MENNINGER 002139-40 |
| 288 | P355 – Email from Menninger, 5/31/18, PPD_MENNINGER 002245-56 |
| 289 | P356 – St. John/Mann email correspondence, 5/17/18, PPD_MENNINGER 002333-38 |
| 290 | P357 – St. John/Clendening/Mekerri email correspondence, PPD_MENNINGER 002361-62 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 291 | P358 – Menninger/Mekerri/Pluymers/Clendening email correspondence, PPD_MENNINGER 002367-71 |
| 292 | P359 – Menninger/Mekerri email correspondence, 1/15/18, PPD_MENNINGER 002390 |
| 293 | P360 – Email from Menninger to Dixon, 5/10/18, PPD_MENNINGER 002477-99 |
| 294 | P361 – Draft system validation report, PPD_MENNINGER 002486-99 |
| 295 | P362 - 2018 Annual Goals for Menninger, & Menninger/Mekerri email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 002511-16 |
| 296 | P363 – Menninger/Mekerri email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 002513-16 |
| 297 | P364 – Meeting invite from Pluymers, 5/7/18, PPD_MENNINGER 002526 |
| 298 | P365 – Email from Mekerri, 5/1/18, PPD_MENNINGER 002527-32 |
| 299 | P366 – Mekerri/Ballweg/St. John email correspondence, 4/29/18, PPD_MENNINGER 002533-37 |
| 300 | P367 – Menninger/Mekerri email correspondence, 4/11/18 – 4/27/18, PPD_MENNINGER 002538-42 |
| 301 | P368 – Mekerri/Menninger email correspondence, 4/11/18 – 4/25/18, PPD_MENNINGER 002543-46 |
| 302 | P369 – Mekerri/Ballweg/St. John email correspondence, 4/25/18, PPD_MENNINGER 002547-51 |
| 303 | P370 – Mekerri/St. John email correspondence, 4/18/18 – 4/20/18, PPD_MENNINGER 002552-55 |
| 304 | P371 – Pluymers/Mekerri email correspondence, 4/18/18, PPD_MENNINGER 002565-72 |
| 305 | P372 – Executive Summary for Flow Cytometry Plausibility Checks and Review, PPD_MENNINGER 002568-72 |
| 306 | P373 – Mekerri/St. John email correspondence, 4/18/18, PPD_MENNINGER 002573-76 |
| 307 | P374 – Email from Menninger, 4/16/18, PPD_MENNINGER 002577-79 |
| 308 | P375 – Email from Olek, 4/12/18, PPD_MENNINGER 002585-2611 |
| 309 | P376 – Email from Mekerri to Fikry, 4/17/18, PPD_MENNINGER 002612-15 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 310 | P377 – Mekerri/Menninger email correspondence, 4/10/18 - 4/12/18, PPD_MENNINGER 002618-20 |
| 311 | P378 – Email from Pluymers to Fikry, 4/10/18, PPD_MENNINGER 002623-29 |
| 312 | P379 - Executive Summary for Flow Cytometry Plausibility Checks and Review, PPD_MENNINGER 002625-29 |
| 313 | P380 – Mekerri/Menninger email correspondence, 4/11/18 – 4/17/18, PPD_MENNINGER 002634-37 |
| 314 | P381 – St. John/Mekerri email correspondence, 4/11/18, PPD_MENNINGER 002638-39 |
| 315 | P382 – Email from Menninger to Mekerri, 4/10/18, PPD_MENNINGER 002640-47 |
| 316 | P383 - Executive Summary for Flow Cytometry Plausibility Checks and Review, PPD_MENNINGER 002643-47 |
| 317 | P384 – Email from Mekerri to St. John, 4/10/18, PPD_MENNINGER 002648 |
| 318 | P385 – Email from Mekerri to Clendening, 4/12/18, PPD_MENNINGER 002649-55 |
| 319 | P386 - Executive Summary for Flow Cytometry Plausibility Checks and Review, PPD_MENNINGER 002651-55 |
| 320 | P387 – Mekerri/Menninger email correspondence, PPD_MENNINGER 002660-63 |
| 321 | P388 – Email from Mekerri, 4/6/18, PPD_MENNINGER 002675-77 |
| 322 | P389 – Mekerri/Pluymers email correspondence, 4/6/18, PPD_MENNINGER 002678-79 |
| 323 | P390 – Mekerri/Pluymers email correspondence, 4/9/18, PPD_MENNINGER 002681-82 |
| 324 | P391 – St. John/Mekerri email correspondence, 4/3/18 – 4/4/18, PPD_MENNINGER 002701-02 |
| 325 | P392 – Email from Menninger to Mekerri, 3/22/18, PPD_MENNINGER 002730 |
| 326 | P393 – Email from Mekerri to Menninger, 3/22/18, PPD_MENNINGER 002731-37 |
| 327 | P394 – Bristol-Myers Squibb (BMS), BMSR0006, 158 Troponin T (MTM 9478) results, PPD_MENNINGER 002732-37 |
| 328 | P395 – Signature block from Clendening's email, PPD_MENNINGER 002737 |

| **LIST OF UNCONTESTED EXHIBITS** |  |
|---|---|
| **Ex. No.** | **Description** |
| 329 | P396 – Mekerri/St. John email correspondence, 3/20/18, PPD_MENNINGER 002756-57 |
| 330 | P397 – Menninger/Mekerri email correspondence, 3/20/18, PPD_MENNINGER 002758 |
| 331 | P398 – Menninger/Mekerri email correspondence, 3/12/18 – 3/13/18, PPD_MENNINGER 002773 |
| 332 | P399 – Email from Menninger to St. John, 3/1/18, PPD_MENNINGER 002782-85 |
| 333 | P400 – Meeting invite cancellation from St. John to Mekerri and Menninger, 3/1/18, PPD_MENNINGER 002787 |
| 334 | P401 – Email from St. John to Menninger, 2/26/18, PPD_MENNINGER 002788-93 |
| 335 | P402 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 002791-93 |
| 336 | P403 – Email from St. John to Mekerri, 2/28/18, PPD_MENNINGER 002804-07 |
| 337 | P404 - Chart regarding licensing, PPD_MENNINGER 002807 |
| 338 | P405 – Mekerri/St. John email correspondence, 2/23/18, PPD_MENNINGER 002817-22 |
| 339 | P406 – Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 002820-22 |
| 340 | P407 – Email from Pluymers to Fikry/Mekerri, 2/22/18, PPD_MENNINGER 002843-47 |
| 341 | P408 – Email from Zoeller, 2/23/18, PPD_MENNINGER 002850-52 |
| 342 | P409 – Email from St. John to Mekerri, 2/16/18, PPD_MENNINGER 002873-79 |
| 343 | P410 – Menninger/Mekerri email correspondence, 2/15/18, PPD_MENNINGER 002880-83 |
| 344 | P411 – St. John/Mekerri/Kessimian email correspondence, 2/14/18, PPD_MENNINGER 002888-91 |
| 345 | P412 - Psychoeducation regarding disability and accommodation requests from Dr. Kessimian, PPD_MENNINGER 002889-91 |
| 346 | P413 - Menninger/St. John/Mekerri e-mail correspondence, 2/6/18 – 2/9/18, PPD_MENNINGER 002896-97 |
| 347 | P414 – Email from Menninger to Mekerri, 2/12/18, PPD_MENNINGER 002898-2900 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 348 | P415 – 2018 Annual Goals for Menninger, PPD_MENNINGER 002899-2900 |
| 349 | P416 – IM conversation between Mekerri & Menninger, 2/12/18, PPD_MENNINGER 002901 |
| 350 | P417 – Email from Mekerri to Menninger, 2/6/18, PPD_MENNINGER 002904-08 |
| 351 | P418 - Executive Director Labs Job Description, PPD_MENNINGER 002905-08 |
| 352 | P419 – St. John/Mekerri/Menninger email correspondence, 1/15/18 – 2/2/18, PPD_MENNINGER 002911-14 |
| 353 | P420 – Email from Menninger to Mekerri, 2/6/18, PPD_MENNINGER 002915 |
| 354 | P421 - St. John/Mekerri e-mail correspondence, PPD_MENNINGER 002916-20 |
| 355 | P422 – St. John/Fikry/Mekerri email correspondence, 2/7/18, PPD_MENNINGER 002921-27 |
| 356 | P423 – Email from Mekerri to Menninger, 2/6/18, PPD_MENNINGER 002923-27 |
| 357 | P424 - Executive Director Labs Job Description, PPD_MENNINGER 002924-27 |
| 358 | P425 – Email from St. John to Mekerri, 1/31/18, PPD_MENNINGER 002928-37 |
| 359 | P426 - 1/31/18 Request for Accommodation completed by Dr. Kessimian, 1/30/18 Physician's Statement for Accommodation signed by Menninger, Menninger/St. John email correspondence, & 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 002930-37 |
| 360 | P427 - 1/30/18 Physician's Statement for Accommodation signed by Menninger, Menninger/St. John email correspondence, & 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 002932-37 |
| 361 | P428 - Menninger/St. John email correspondence, & 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 002933-37 |
| 362 | P429 - 1/30/18 Employee Request for Accommodation, PPD_MENNINGER 002936-37 |
| 363 | P430 – Email from Mekerri to Menninger, 1/23/18, PPD_MENNINGER 002957-58 |
| 364 | P431 – Email from St. John to Mekerri, 1/24/18, PPD_MENNINGER 002975-78 |
| 365 | P432 – Email from Mekerri to Menninger, 1/15/18, PPD_MENNINGER 002979 |
| 366 | P433 – Mekerri/Menninger email correspondence, 1/11/18 – 1/12/18, PPD_MENNINGER 002982-83 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 367 | P434 – Mekerri/Menninger email correspondence, 1/11/18 – 1/15/18, PPD_MENNINGER 002987-88 |
| 368 | P435 - Menninger/Mekerri e-mail correspondence, PPD_MENNINGER 002989 |
| 369 | P436 – 2017 Executive Talent Review Assessment, PPD_MENNINGER 003020-21 |
| 370 | P437 – 2017 Executive Talen Review Assessment, PPD_MENNINGER 003037-38 |
| 371 | P438 – Email from Mekerri to Menninger, 12/20/17, PPD_MENNINGER 003041 |
| 372 | P439 – Mekerri/Allen email correspondence, 12/11/17 – 12/12/17, PPD_MENNINGER 003065 |
| 373 | P440 – Reddy/Mekerri email correspondence, 12/11/17 – 12/13/17, PPD_MENNINGER 003066 |
| 374 | P441 – Pattison/Mekerri email correspondence, 12/11/17, PPD_MENNINGER 003074-75 |
| 375 | P442 – McNamara/Mekerri email correspondence, 12/11/17 – 12/13/17, PPD_MENNINGER 003077-78 |
| 376 | P443 – Mekerri/Bennett email correspondence, 12/5/17, PPD_MENNINGER 003086-87 |
| 377 | P444 – McKinnon/Mekerri email correspondence, PPD_MENNINGER 003088-89 |
| 378 | P445 – Email from Menninger to Mekerri, 11/28/17, PPD_MENNINGER 003127-29 |
| 379 | P446 – List of Menninger's Responsibilities/Activities, PPD_MENNINGER 003128-29 |
| 380 | P447 – Mekerri/Menninger email correspondence, 11/20/17, PPD_MENNINGER 003153 |
| 381 | P448 – Email from Menninger to St. John & Mann, 10/9/17, PPD_MENNINGER 003240-41 |
| 382 | P449 – Email from Menninger to St. John & Mekerri, 10/4/17, PPD_MENNINGER 003247-51 |
| 383 | P450 – St. John/Menninger/Mekerri email correspondence, 10/4/17, PPD_MENNINGER 003272-76 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| **Ex. No.** | **Description** |
| 384 | P451 – St. John/Mekerri email correspondence, 9/26/17, PPD_MENNINGER 003324-26 |
| 385 | P452 – Email from Clendening to Allen, 9/26/17, PPD_MENNINGER 003330-36 |
| 386 | P453 – Email from Menninger to Mekerri, 8/9/17, PPD_MENNINGER 003373-74 |
| 387 | P454 – Email from Menninger to Quigley, 7/24/17, PPD_MENNINGER 003402-06 |
| 388 | P455 – Email from Menninger to Mekerri, 7/25/17, PPD_MENNINGER 003408-13 |
| 389 | P456 – Email from Menninger to Mekerri, 7/21/17, PPD_MENNINGER 003414-17 |
| 390 | P457 – Email from Menninger, 7/23/17, PPD_MENNINGER 003482-91 |
| 391 | P458 – Email from Menninger to Mekerri & St. John, 6/12/17, PPD_MENNINGER 003510-15 |
| 392 | P459 – Email from St. John to Williams, 6/7/17, PPD_MENNINGER 003521-24 |
| 393 | P460 – Lab Organizational Updates, PPD_MENNINGER 003522-24 |
| 394 | P461 – Email from Sharbaugh to Menninger, 5/22/17, PPD_MENNINGER 003552-58 |
| 395 | P462 – Equity Statement for Menninger, PPD_MENNINGER 003553-58 |
| 396 | P463 – Email from Menninger to Mekerri, 5/4/17, PPD_MENNINGER 003578-80 |
| 397 | P464 – Email from Menninger to Mekerri, 1/16/17, PPD_MENNINGER 003597-3606 |
| 398 | D2 - Executive Director Labs Job Description, PPD_MENNINGER 000058-61 |
| 399 | D3 - Menninger Resume, PPD_MENNINGER 000406-07 |
| 400 | D4 - Menninger References, PPD_MENNINGER 000432-34 |
| 401 | D5 - Ballweg/Mekerri e-mail correspondence, PPD_MENNINGER 002999-3000 |
| 402 | D6 – Menninger/Mekerri email correspondence, PPD_MENNINGER 000295-297 |
| 403 | D7 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 003751-52 |
| 404 | D8 - Menninger 2018 Accommodation Form and e-mail, PPD_MENNINGER 001370-74 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 405 | D9 - Kessimian/Menninger Accommodation Form, PPD_MENNINGER 000030-32 |
| 406 | D10 - Menninger/Mekerri e-mail correspondence, PPD_MENNINGER 002989 |
| 407 | D11 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 000021-29 |
| 408 | D12 - St. John/Menninger e-mail correspondence, 1/15/18 – 2/5/18, PPD_MENNINGER 001247-51 |
| 409 | D13 - St. John/Mekerri e-mail correspondence, PPD_MENNINGER 002916-20 |
| 410 | D14 - St. John/Mekerri/Menninger e-mail correspondence, 1/15/18 – 2/5/18, PPD_MENNINGER 001227-31 |
| 411 | D15 - Mekerri/Menninger/St. John e-mail correspondence, 2/6/18, PPD_MENNINGER 001239-43 |
| 412 | D16 – Mekerri/St. John/Menninger e-mail correspondence, PPD_MENNINGER 002904 |
| 413 | D17 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 001310-11 |
| 414 | D18 - Menninger/St. John/Mekerri e-mail correspondence, 2/6/18 – 2/9/18, PPD_MENNINGER 002896-97 |
| 415 | D19 - February 14, 2018 Accommodation Requests, PPD_MENNINGER 002010-12 |
| 416 | D20 - St. John/Menninger e-mail correspondence, 2/23/18, PPD_MENNINGER 001235 |
| 417 | D21 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 001167-69 |
| 418 | D22 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 002782-86 |
| 419 | D23 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 001151-52 |
| 420 | D24 - St. John/Menninger e-mail correspondence, 3/12/18 – 4/3/18, PPD_MENNINGER 001073-75 |
| 421 | D26 - Menninger, Mekerri/St. John e-mail correspondence, PPD_MENNINGER 000045-49 |
| 422 | D27 - St. John/Menninger e-mail correspondence, PPD_MENNINGER 000967-72 |

| LIST OF UNCONTESTED EXHIBITS | |
|---|---|
| Ex. No. | Description |
| 423 | D28 - 2016 Performance Review, PPD_MENNINGER 000474-80 |
| 424 | D29 - 2017 Performance Review, PPD_MENNINGER 000481-90 |
| 425 | D30 - Mekerri/Menninger e-mail correspondence, PPD_MENNINGER 003584-85 |
| 426 | D31 - Mekerri/Menninger e-mail correspondence, PPD)MENNINGER 003127-29 |
| 427 | D32 - McKinnon/Mekerri e-mail correspondence, PPD_MENNINGER 000001-2 |
| 428 | D33 - Pattison/Mekerri e-mail correspondence, PPD_MENNINGER 000009-10 |
| 429 | D34 - Allen/Mekerri e-mail correspondence, PPD_MENNINGER 000011 |
| 430 | D35 - Kessimian Initial Psychiatric Evaluation, MENNINGER000663-67 |
| 431 | D36 - Kessimian Psychiatric Follow-up, MENNINGER000668-70 |
| 432 | D37 - Handwritten notes, MENNINGER001142-93 |
| 433 | D38 - Kessimian/St. John e-mail correspondence, PPD_MENNINGER 000035-37 |
| 434 | D41 - Menninger Psychiatric Follow-up, MENNINGER000671-73 |
| 435 | D42 - Menninger Psychiatric Follow-up, MENNINGER000715-17 |
| 436 | D43 - Menninger Psychiatric Follow-up, MENNINGER000727-30 |
| 437 | D44 - Menninger Psychiatric Follow-up, MENNINGER000601-04 |
| 438 | D45 - Menninger Psychiatric Follow-up, MENNINGER000756-58 |
| 439 | D49 - UNUM Attending Physician Behavioral Health Statement, MENNINGER000775-78 |
| 440 | D51 - Menninger SSA Form, MENNINGER000889-98 |
| 441 | D52 - St. John/Ballweg e-mail correspondence, PPD_MENNINGER 001177-78 |
| 442 | D53 - St. John/Ballweg e-mail correspondence, PPD_MENNINGER 001116-20 |
| 443 | D54 - St. John/Mekerri/Menninger e-mail correspondence, PPD_MENNINGER 000050-51 |
| 444 | D55 - Menninger/Ballweg e-mail correspondence, PPD_MENNINGER 001760-63 |
| 445 | D56 - Menninger/Mekerri e-mail correspondence, PPD_MENNINGER 000866-70 |
| 446 | D60 - Menninger email, 6/2/18, PPD_MENNINGER 001529 |