UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>    Defendant. | Civil Action No. 1:19-cv-11441-LTS |

**PLAINTIFF'S MOTION TO SEAL CONFIDENTIAL PORTIONS OF OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PURPORTED "STRAY REMARKS" (DOC. NO. 108)**

Pursuant to Local Rule 7.2, Plaintiff request that the Court allow her to file under seal the information contained within the above-referenced opposition that has been designated "Confidential" by Defendant.

As good cause for this motion, Plaintiff states that the opposition contains material that Defendant has marked "Confidential," and that Plaintiff is therefore seeking to have it sealed in accordance with the protective order entered in this case.

**CONCLUSION**

For the reasons set forth above, Plaintiff respectfully request that this Court allow the relief requested above.

        Respectfully submitted,

        */s/ Patrick J. Hannon*
        Patrick J. Hannon (BBO #664958)
        Hampton M. Watson (BBO #705983)
        Hartley Michon Robb Hannon LLP
        155 Seaport Boulevard, 2nd Floor
        Boston, MA 02210
        phannon@hmrhlaw.com
        hwatson@hmrhlaw.com
        P: (617) 723-8000
        Attorneys for Plaintiff

Date: March 14, 2023

## CERTIFICATE OF SERVICE

I, Patrick J. Hannon, certify that on March 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant by electronically serving its counsel of record.

        /s/ *Patrick J. Hannon*
        Patrick J. Hannon

## LOCAL RULE 7.1 CERTIFICATION

Undersigned hereby certifies that Plaintiff's conferred with opposing counsel in advance of filing this motion, as required by Local Rule 7.1, and that Defendant's counsel assented to the relief requested herein.

        */s/ Patrick J. Hannon*
        Patrick J. Hannon