# EXHIBIT A



CONFIDENTIAL

MENNINGER000520