# EXHIBIT B

Message

| From: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
|---|---|
| Sent: | 2/7/2018 12:16:05 PM |
| To: | Chris Fikry [chris.fikry@ppdi.com]; Hacene Mekerri [hacene.mekerri@ppdi.com] |
| Subject: | RE: |



CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 2/6/2018 5:46:39 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **CC**: | Chad St. John [chad.st.john@ppdi.com] |





CONFIDENTIAL



CONFIDENTIAL

PPD_MENNINGER 001242

CONFIDENTIAL