# EXHIBIT C

Message

**From:** Jerry Williams [Jerry.Williams@ppdi.com]
**Sent:** 4/12/2018 12:32:46 PM
**To:** Jerry Williams [jerry.williams@ppdi.com]; Chad St. John [chad.st.john@ppdi.com]
**Subject:** Conversation with Jerry Williams

CONFIDENTIAL

PPD_MENNINGER 000902