# EXHIBIT D

Message

| | |
|---|---|
| **From**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Sent**: | 4/12/2018 8:35:37 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com]; Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Conversation with Deborah Ballweg |

Deborah Ballweg 8:28 AM:
  Happy Birthday!!  Hope you have a great day!! (^)(sun)

Chad St. John 8:29 AM:
  Thanks so much Deb!!!

Deborah Ballweg 8:30 AM:
  Did you have dinner with Fikry last night?  Have you seen him this week while he's in HH's??

Chad St. John 8:31 AM:
  No work dinner plans for me.  I did see him moments ago.  He came in to the office this morning.

Chad St. John 8:31 AM:
  He was talking with Narine...

Deborah Ballweg 8:32 AM:
  OK - he may be asking you about Menninger.. i told Jerry of Hacene's recent tough feedback followed up in writing
  but that with a 3 for 2017 not close to a 'change' unless she self selects..

Chad St. John 8:35 AM:
  Got it.  We are definitely all aligned...  I will keep you posted if he connects with me.

Deborah Ballweg 8:35 AM:
  perfect..

PPD_MENNINGER 000966