UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>    Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>    Defendant. | Civil Action No: 1:19-CV-11441-LTS |

**PLAINTIFF'S SECOND SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

Plaintiff Lisa Menninger respectfully submits and requests the following supplemental proposed jury instruction.

**SUPPLEMENTAL INSTRUCTION NO. 2.**

If an employer has a concern about whether an employee with a known disability can perform her job, the law permits the employer to make inquiries about the employee's ability to perform job-related functions.[1]

Permissible inquiries include asking for a medical certification from the employee that the employee is able to perform essential job functions with or without accommodation.[2]

Additionally, if the employer has a reasonable belief based on objective evidence that a medical condition will impair an employee's ability to perform the essential functions of her job, then the employer may require the employee to submit to an independent medical examination.[3]

---

[1] 42 U.S.C. § 12112(d)(4)(B) ("A covered entity may make inquiries into the ability of an employee to perform job-related functions."). See Grenier v. Cyanamid Plastics, Inc., 70 F.3d 667, 672 (1st Cir. 1995) (citing 29 C.F.R. Pt. 1630, App. 1630.14(a)) (interpreting identical language in 42 U.S.C. § 12112(d)(2)(B) regarding preemployment inquiries to applicants).

[2] See Grenier v. Cyanamid Plastics, Inc., 70 F.3d 667, 676 (1st Cir. 1995).

[3] Coffman v. Indianapolis Fire Dep't, 578 F.3d 559, 565 (7th Cir. 2009) (cited favorably by Lopez-Lopez v. Robinson Sch., 958 F.3d 96, 106 (1st Cir. 2020)); LaCroix v. Bos. Police Dep't, No. 19-CV-11463-DJC, 2022 WL 876885, at *4 (D. Mass. Mar. 24, 2022); 29 C.F.R. § 1630.14(c); see 42 U.S.C. § 12112(4).

Respectfully submitted,
LISA MENNINGER
By her attorneys,

*/s/ Hampton M. Watson*
Patrick J. Hannon (BBO #664958)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb Hannon LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
phannon@hmrhlaw.com
hwatson@hmrhlaw.com
P: (617) 723-8000
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Hampton M. Watson, counsel for Plaintiff, hereby certify that on March 27, 2023, I caused a copy of the within document to be filed using the Court's CM/ECF system, which will send notification of such filing electronically to all registered participants.

*/s/  Hampton M. Watson*
Hampton M. Watson