UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA MENNINGER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 19-11441-LTS |
| PPD DEVELOPMENT, L.P., | ) ) ) | |
| Defendant. | ) ) | |

<u>SPECIAL VERDICT QUESTIONS FOR THE JURY</u>

**Question 1: Discrimination—Failure to Provide Reasonable Accommodation Claim**

<u>Question 1.</u> Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully discriminated against her by failing to provide her with a reasonable accommodation?

    YES: _____     NO: _____

*Please proceed to Question 2A.*

**Question 2: Discrimination—Disparate Treatment/Adverse Employment Action Claim**

<u>Question 2A.</u> Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully discriminated against her by taking an adverse employment action against her under <u>federal law</u> (applying the federal "but-for" causation standard)?

    YES: _____     NO: _____

*Please proceed to Question 2B.*

<u>Question 2B.</u> Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully discriminated against her by taking an adverse employment action against her under <u>Massachusetts law</u> (applying the Massachusetts "determinative cause" causation standard)?

    YES: _____   NO: _____

*Please proceed to Question 3A.*

**Question 3: Retaliation Claim**

<u>Question 3A.</u> Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully retaliated against her under <u>federal law</u> (applying the federal "but-for" causation standard)?

    YES: _____   NO: _____

*Please proceed to Question 3B.*

<u>Question 3B.</u> Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully retaliated against her under <u>Massachusetts law</u> (applying the Massachusetts "determinative cause" causation standard)?

    YES: _____   NO: _____

*Please proceed to Question 4.*

**Question 4: Damages**

*If your answer was "yes" to <u>any</u> of Questions 1-3B above, please proceed to Question 4A.*

*If your answer was "no" to <u>all</u> of Questions 1-3B above, please skip Questions 4A-4E and proceed to Certification.*

Question 4A. Enter below the amount of "<u>back pay</u>," if any, that Dr. Menninger proved by a preponderance of the evidence that she lost because of PPD's disability discrimination and/or retaliation.

  $_____ (amount expressed in numbers);

  _____ (amount expressed in words)

 *Please proceed to Question 4B.*

Question 4B. Enter below the amount of "<u>front pay</u>," if any, that Dr. Menninger proved by a preponderance of the evidence that she will lose because of PPD's disability discrimination and/or retaliation.

  $_____ (amount expressed in numbers);

  _____ (amount expressed in words)

 *Please proceed to Question 4C.*

<u>Question 4C.</u> Enter below the amount of damages for "emotional distress," if any, that Dr. Menninger proved by a preponderance of the evidence that she suffered up to today because of PPD's disability discrimination and/or retaliation.

$_____ (amount expressed in numbers);

_____ (amount expressed in words)

*Please proceed to Question 4D.*

<u>Question 4D.</u> Enter below the amount of damages for "emotional distress," if any, that Dr. Menninger proved by a preponderance of the evidence that she is reasonably likely to suffer in the future because of PPD's disability discrimination and/or retaliation.

$_____ (amount expressed in numbers);

_____ (amount expressed in words)

*Please proceed to Question 4E.*

<u>Question 4E.</u> Do you find that "punitive damages" are warranted against PPD?

YES: _____    NO: _____

*If you answered "yes" to Question 4E, please proceed to Question 4F.*

*If you answered "no" to Question 4E, please skip Question 4F and proceed to Certification.*

<u>Question 4F.</u> Enter below the amount of "punitive damages" that you award to Dr. Menninger.

$_____ (amount expressed in numbers);

_____ (amount expressed in words)

*Proceed to Certification.*

**<u>Certification</u>**

I hereby certify the foregoing answers are the unanimous answers of the jury.

_____
Jury Foreperson

_____
Dated: