UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PPD DEVELOPMENT, L.P., )<br>)<br>Defendant. )<br>) | Civil No. 19-11441-LTS |

SPECIAL VERDICT QUESTIONS FOR THE JURY

**Question 1: Discrimination—Failure to Provide Reasonable Accommodation Claim**

Question 1. Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully discriminated against her by failing to provide her with a reasonable accommodation?

    YES: ✓    NO: _____

*Please proceed to Question 2A.*

**Question 2: Discrimination—Disparate Treatment/Adverse Employment Action Claim**

Question 2A. Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully discriminated against her by taking an adverse employment action against her under federal law (applying the federal "but-for" causation standard)?

    YES: ✓    NO: _____

*Please proceed to Question 2B.*

Question 2B. Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully discriminated against her by taking an adverse employment action against her under <u>Massachusetts law</u> (applying the Massachusetts "determinative cause" causation standard)?

    YES: ✓      NO: _____

*Please proceed to Question 3A.*

### Question 3: Retaliation Claim

Question 3A. Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully retaliated against her under <u>federal law</u> (applying the federal "but-for" causation standard)?

    YES: ✓      NO: _____

*Please proceed to Question 3B.*

Question 3B. Did Dr. Menninger prove by a preponderance of the evidence that PPD unlawfully retaliated against her under <u>Massachusetts law</u> (applying the Massachusetts "determinative cause" causation standard)?

    YES: ✓      NO: _____

*Please proceed to Question 4.*

**Question 4: Damages**

*If your answer was "yes" to any of Questions 1-3B above, please proceed to Question 4A.*

*If your answer was "no" to all of Questions 1-3B above, please skip Questions 4A-4E and proceed to Certification.*

Question 4A. Enter below the amount of "back pay," if any, that Dr. Menninger proved by a preponderance of the evidence that she lost because of PPD's disability discrimination and/or retaliation.

$ 1,565,000.00 (amount expressed in numbers);

One million five hundred sixty five thousand (amount expressed in words)

*Please proceed to Question 4B.*

Question 4B. Enter below the amount of "front pay," if any, that Dr. Menninger proved by a preponderance of the evidence that she will lose because of PPD's disability discrimination and/or retaliation.

$ 5,465,000.00 (amount expressed in numbers);

Five million four hundred sixty five thousand (amount expressed in words)

*Please proceed to Question 4C.*

3

Question 4C. Enter below the amount of damages for "emotional distress," if any, that Dr. Menninger proved by a preponderance of the evidence that she suffered up to today because of PPD's disability discrimination and/or retaliation.

$5,000,000.00 (amount expressed in numbers);

Five million (amount expressed in words)

*Please proceed to Question 4D.*

Question 4D. Enter below the amount of damages for "emotional distress," if any, that Dr. Menninger proved by a preponderance of the evidence that she is reasonably likely to suffer in the future because of PPD's disability discrimination and/or retaliation.

$2,00,000.00 (amount expressed in numbers);

Two million (amount expressed in words)

*Please proceed to Question 4E.*

Question 4E. Do you find that "punitive damages" are warranted against PPD?

YES: ✓    NO: ____

*If you answered "yes" to Question 4E, please proceed to Question 4F.*

*If you answered "no" to Question 4E, please skip Question 4F and proceed to Certification.*

4

Question 4F. Enter below the amount of "punitive damages" that you award to Dr. Menninger.

$ _10,000,000_ (amount expressed in numbers);

___Ten million___ (amount expressed in words)

*Proceed to Certification.*

**Certification**

I hereby certify the foregoing answers are the unanimous answers of the jury.

_____
Jury Foreperson

_3-31-2023_
Dated: