**EXHIBIT A**

| 2018 | | | |
|---|---|---|---|
| Timekeeper | 2018 Hours | 2018 Rate | 2018 Fees |
| PH | 33.6 | 450 | 15120 |
| **Total 2018** | | | **$15,120** |

| 2019 | | | |
|---|---|---|---|
| Timekeeper | 2019 Hours | 2019 Rate | 2019 Fees |
| PH | 34.7 | 475 | 16482.5 |
| LP | 25.5 | 350 | 8925 |
| HW | 25.8 | 325 | 8385 |
| JD | 3.5 | 125 | 437.5 |
| **Total 2019** | | | **34230** |

| 2020 | | | |
|---|---|---|---|
| Timekeeper | 2020 Hours | 2020 Rate | 2020 Fees |
| PH | 122.9 | 475 | 58377.5 |
| HW | 212 | 325 | 68900 |
| JD | 39.6 | 125 | 4950 |
| MB | 57.15 | 125 | 7143.75 |
| **Total 2020** | | | **139371.25** |

| 2021 | | | |
|---|---|---|---|
| Timekeeper | 2021 Hours | 2021 Rate | 2021 Fees |
| PH | 49.6 | 520 | 25792 |
| HW | 258.3 | 325 | 83947.5 |
| JD | 62.8 | 125 | 7850 |
| SH | 15.5 | 275 | 4262.5 |
| MM | 4.5 | 125 | 562.5 |
| **Total 2021** | | | **122414.5** |

| 2022 | | | |
|---|---|---|---|
| Timekeeper | 2022 Hours | 2022 Rate | 2022 Fees |
| PH | 14.8 | 540 | 7992 |
| HW | 27.6 | 360 | 9936 |
| **Total 2022** | | | **17928** |

| 2023 | | | |
|---|---|---|---|
| Timekeeper | 2023 Hours | 2023 Rate | 2023 Fees |
| PH | 228 | 575 | 131100 |
| HW | 215.2 | 380 | 81776 |
| MM | 20.3 | 125 | 2537.5 |
| **Total 2023** | | | **215413.5** |

| SUMMARY | |
|---|---:|
| 2018 | 15,120 |
| 2019 | 34230 |
| 2020 | 139371.25 |
| 2021 | 122414.5 |
| 2022 | 17928 |
| 2023 | 215413.5 |
| Total | 544,477 |