# EXHIBIT C: DATAMINE DISCOVERY CHARGES

| Amount | HMRH Invoice |
|---|---|
| 385 | 29592 |
| 200 | 29709 |
| 200 | 29827 |
| 200 | 29943 |
| 200 | 31069 |
| 200 | 31198 |
| 200 | 31326 |
| 200 | 31431 |
| 200 | 31615 |
| 200 | 31722 |
| 200 | 31838 |
| 150 | 31974 |
| 150 | 32185 |
| 300 | 32371 |
| 150 | 32599 |
| 300 | 32845 |
| 150 | 32978 |
| 150 | 33094 |
| 150 | 33249 |
| 150 | 33356 |
| 150 | 33661 |
| 150 | 33921 |
| 590 | 34683 |
| 200 | 34761 |
| **$5,125** | |