**EXHIBIT D: DEPOSITION TRANSCRIPTS**

| Witness | Amount | HMRH Invoice |
|---|---|---|
| L. Menninger | $708.75 | 28963 |
| Kessimian | 626.85 | 29709 |
| M. Menninger/T. Hart | 651.85 | 29709 |
| St. John | 1487.8 | 29709 |
| Ballweg | 1070.45 | 29709 |
| Fikry | 889.8 | 29709 |
| Mekerri | 968.3 | 29943 |
| McKinnon | 493.75 | 31069 |
| Kelly | 841.35 | 31431 |
| Summergrad | 898.5 | 31615 |
| | **$8,637.40** | |