**EXHIBIT E: Expert Witness Costs**

Paul Summergrad, M.D.

| Invoice Date (See attached) | Amount |
|---|---|
| August 21, 2020 | $7,800 |
| Nov. 8, 2020 | $6,600 |
| April 21, 2021 | $7,200 |
| April 3, 2023 | $22,950 |
| **Total** | **$44,550** |

Bruce Jonas, CPA (via ForensisGroup, Inc.)

| Invoice Date / Number (See attached) | Amount |
|---|---|
| Sept. 28, 2020 / No. 00050104 | $3,145 |
| Oct. 21, 2020 / No. 00050300 | $10,880 |
| April 3, 2022 / No. 00056150 | $14,287.22 |
| **Total** | **$28,312.22** |

Martin Kelly, M.D.

| **Invoice Date (See attached)** | **Amount** |
|---|---|
| **Feb. 12, 2021** | **$3,900** |

**Paul Summergrad, MD**

**Dr. Frances S. Arkin Professor and Chairman**

**Tufts University School of Medicine**

**Tufts Medical Center**

**Boston Massachusetts 02111**

August 21, 2020

By Email

To: Lisa Menninger, M.D. c/o

Hampton Watson, Esq.

Re: Menninger v PPD

**For Professional Services:**

| | | |
|---|---|---|
| June – July, 2020 | Discussions with counsel | 1.5 hours |
| July, 2020 | Review of records | 8 hours |
| July 24, 2020 | Discussion with Counsel | 0.7 hours |
| August 7, 2020 | Interview via Zoom with Client | 2.3 hours |
| August 12, 2020 | Discussion with counsel | 0.5 hours |

Total Hours:  13 hours

**Total Due: $ 7800.00**

**Remit to:**       Paul Summergrad, MD

               37 Crystal Street

               Newton Centre, Massachusetts 02459-2134

               **Tax ID:** Redacted

**Paul Summergrad, MD**

**Dr. Frances S. Arkin Professor and Chairman**

**Tufts University School of Medicine**

**Tufts Medical Center**

**Boston Massachusetts 02111**

November 8, 2020

By Email

To: Lisa Menninger, M.D. c/o

Hampton Watson, Esq.

Re: Menninger v PPD

**For Professional Services:**

| | |
|---|---|
| Review of new records, Sept 13, 2020 | 3 hours |
| Review - editing of expert statement, Sept-Oct 2020 | 6 hours |
| Discussions with Counsel, Oct 20 and 22, 2020 | 2 hours |

Total Hours: 11 hours

**Total Due: $ 6600.00**


**Remit to:**     **Paul Summergrad, MD**

  **37 Crystal Street**

  **Newton Centre, Massachusetts 02459-2134**

  **Tax ID:** Redacted

Paul Summergrad, MD

Dr. Frances S. Arkin Professor and Chairman

Tufts University School of Medicine

Tufts Medical Center

Boston Massachusetts 02111

**Menninger v. PPD Development, LLC**

**April 20, 2021**

| | |
|---|---|
| **January call and report review** | 1 hour |
| **Review of new patient care materials** | 1 hour |
| **February, 2021** | |
| **Additional record opinion review** | 1 hour |
| **Research** | 1 hour |
| **Call with Counsel and deposition preparation – to Feb 18, 2021** | 3 hours |
| **Feb 19, 2021 Call with counsel preparation** | 3 hours |
| **Deposition Errata review** | 2 hours |
| **Hours total:** | 12 hours at $600 |
| **Total:** | $7,200.00 |

**Remit to:**   Paul Summergrad, MD

   37 Crystal Street

   Newton Centre, Massachusetts 02459-2134

   **Tax ID:** Redacted

**Paul Summergrad, MD**

**37 Crystal Street**

**Newton Centre, Massachusetts 02459-2134**

**For services rendered:**

| | |
|---|---|
| Call with Counsel Oct. 25, 2022 | 0.5 hours |
| Review of new patient care materials Oct.- Nov., 2022 | 3 hours |
| Interview of client Oct.31, 2022 | 1.25 hours |
| Hampton Watson discussion | 0.5 hours |
| Report preparation and review of materials Jan. 4, 2023 | 1.5 hours |
| Jan. 5,2023 Discussion with Counsel | 0.5 hours |
| Jan. 26,2023 Report preparation and review of materials | 1.0 hours |
| March 13,2023 meeting with counsel | 2.0 hours |
| March 15 – 16, 2023 Review of records | 8.0 hours |
| Review of records, discussion with counsel | 2.0 hours |
| **Hours total:** | **23.25 hours** |
| **Time in court** | **1.5 days** |
| **Subtotal hours at $600.00/hr:** | **$ 13,950.00** |
| **Subtotal court at 6000/per day** | **$ 9,000.00** |
| **Total:** | **$ 22,950.00** |

**Remit to:**     Paul Summergrad, MD

37 Crystal Street

Newton Centre, Massachusetts 02459-2134



301 North Lake Avenue, Suite 420, Pasadena, CA 91101-5119
626/795-5000 TEL  626/795-1950 FAX  800/555-5422 (Toll Free)
www.ForensisGroup.com

# Invoice

Billing to: **Lisa Menninger**
**1496 NW Discovery Park Drive**
**Bend, OR 97703**

Invoice Date: **09/28/20**
Invoice No: **00050104**

Regarding: Menninger v. PPD Development LP

Amount Due: **$3,145.00**
FG File No.: **FG-013714**

| Date | Description | Quantity | Unit Cost | Charge |
|---|---|---|---|---|
| | Charges for work of **Donald Welsch** | | | |
| 09/28/20 | Replenishable and Refundable Retainer | 1.00 | $2,650.00 | $2,650.00 |
| | Additional Charges or Credits | | | |
| 09/28/20 | Case Initiation Fee | 1.00 | $495.00 | $495.00 |
| | | | Amount now due: | **$3,145.00** |

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. ForensisGroup Inc. and its experts reserve the right to cease work on delinquent accounts. Please make payments payable to: **ForensisGroup, Inc.** Tax I.D. No. 95-4587334.



301 North Lake Avenue, Suite 420, Pasadena, CA 91101-5119
626/795-5000 TEL  626/795-1950 FAX  800/555-5422 (Toll Free)
www.ForensisGroup.com

# Invoice

| | | | |
|---|---|---|---|
| **Billing to:** | **Lisa Menninger**<br>**1496 NW Discovery Park Drive**<br>**Bend, OR 97703** | **Invoice Date:** | **10/22/20** |
| | | **Invoice No:** | **00050300** |

| | | | |
|---|---|---|---|
| **Regarding:** | Menninger v. PPD Development LP | **Amount Due:** | **$10,880.00** |
| | | **FG File No.:** | FG-013714 |

| Date | Description | Quantity | Unit Cost | Charge |
|---|---|---|---|---|
|  | Charges for work of **Donald Welsch** |||||
| 10/05/20 | Staff Diane R. Lane (DRL): Document Review | 1.50 | $440.00 | $660.00 |
| 10/06/20 | DRL: Document Review | 0.50 | $440.00 | $220.00 |
| 10/06/20 | DRL: Data Analysis | 2.00 | $440.00 | $880.00 |
| 10/13/20 | DRL: Document Review | 1.50 | $440.00 | $660.00 |
| 10/13/20 | DRL: Data Analysis | 1.50 | $440.00 | $660.00 |
| 10/13/20 | Principal Bruce R. Jonas (BRJ): Document Review | 1.00 | $660.00 | $660.00 |
| 10/13/20 | BRJ: Data Analysis | 2.00 | $660.00 | $1,320.00 |
| 10/15/20 | BRJ: Document Review | 1.00 | $660.00 | $660.00 |
| 10/15/20 | BRJ: Data Analysis | 2.00 | $660.00 | $1,320.00 |
| 10/19/20 | DRL: Report Preparation | 1.00 | $440.00 | $440.00 |
| 10/19/20 | DRL: Data Analysis | 2.00 | $440.00 | $880.00 |
| 10/19/20 | Principal Donald R. Welsch (DRW): Document Review | 1.50 | $660.00 | $990.00 |
| 10/19/20 | BRJ: Report Review and Calculation Review | 2.00 | $660.00 | $1,320.00 |
| 10/20/20 | DRL: Report Preparation | 2.00 | $440.00 | $880.00 |
| 10/20/20 | DRL: Data Analysis | 1.00 | $440.00 | $440.00 |
| 10/22/20 | BRJ: Report Preparation | 1.00 | $660.00 | $660.00 |
| 10/22/20 | DRL: Report Preparation | 2.00 | $440.00 | $880.00 |

ForensisGroup • 301 N. Lake Ave, #420 • Pasadena, CA 91101 • (626) 795-5000



301 North Lake Avenue, Suite 420, Pasadena, CA 91101-5119
626/795-5000 TEL 626/795-1950 FAX 800/555-5422 (Toll Free)
www.ForensisGroup.com

| | | |
|---|---|---|
| **Total Hours of Work** | **25.5** | |

**Additional Charges or Credits**

| | | | |
|---|---|---|---|
| Less credit from initial retainer | -1.00 | $2,650.00 | ($2,650.00) |

**Amount now due: $10,880.00**

**Retainer Exhausted**

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. ForensisGroup Inc. and its experts reserve the right to cease work on delinquent accounts. Please make payments payable to: **ForensisGroup, Inc.** Tax I.D. No. 95-4587334.

**ForensisGroup, Inc.**
301 N. Lake Ave Suite 420
Pasadena, CA 91101-5119 US
+1 6267955000
www.forensisgroup.com



**INVOICE   00056150**

MAKE PAYMENT

| BILL TO | DATE | AMOUNT DUE | NET |
|---|---|---|---|
| Hampton Watson<br>Hartley Michon Robb, LLP<br>155 Seaport Boulevard, 2nd FL<br>Boston, MA 02210 | 04/03/23 | $14,287.22 | 30 |

| FG FILE NO: | CASE NAME: | EXPERT NAME | CASE ADMINISTRATOR |
|---|---|---|---|
| FG-013714 | Menninger v. PPD Development LP | Bruce Jonas | Jessica Janashvili |

| DATE | DESCRIPTION | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | BRJ – Testimony preparation March 6 - 29 | Non-Testimony work/Case Preparation | 4.00 | $660.00 | $2,640.00 |
| | DRL – Testimony preparation for Jonas March 6 - 29 | Non-Testimony work/Case Preparation | 5.00 | $440.00 | $2,200.00 |
| | BRJ – Testimony and time in Boston March 29, 30 | Non-Testimony work/Case Preparation | 12.00 | $660.00 | $7,920.00 |
| | Airfare | | 1.00 | $469.32 | $469.32 |
| | Hotel | | 1.00 | $638.70 | $638.70 |
| | Car service | | 1.00 | $375.94 | $375.94 |
| | Cabs in Boston | | 1.00 | $43.26 | $43.26 |

**Total Billable Hours**     21.00

Please contact your Case Administrator if you have any questions.

Sincerely,
ForensisGroup, Inc.

TOTAL DUE     $14,287.22

Payment is due upon receipt. Unpaid invoices over 30 days are subject to late fees. ForensisGroup Inc. and its experts reserve the right to cease work on delinquent accounts. Please make payments payable to: ForensisGroup, Inc. Tax I.D. No. 95-4587334.

THANK YOU.

Payment is due upon receipt. Unpaid invoices over 30 days are subject to late fees. ForensisGroup Inc. and its experts reserve the right to cease work on delinquent accounts. Please make payments payable to: ForensisGroup, Inc. Tax I.D. No. 95-4587334.

# Martin J. Kelly, M.D.
### BOYLSTON CONSULTATION CENTER

Associate Professor of
Psychiatry
Harvard Medical School

Senior Psychiatrist,
Brigham and Women's
Hospital

February 12, 2021

Patrick J. Hannon, Esq.

Hartley Michon Robb and Hannon LLP

155 Seaport Blvd., 2nd floor

Boston, MA 02210-2968

Re-deposition in the Lisa Menninger case

Dear Attorney Hannon:

This is a statement for the deposition in the Lisa Menninger case on February 10, 2021.

6.5 hours      $3900.00

Sincerely,

*[signature: Martin J Kelly]*

Martin J Kelly MD

PS. Please make checks payable to Martin J Kelly MD   SSN: Redacted

1051 BEACON STREET, Suite 203
BROOKLINE, MA 02446
TELEPHONE:  (617) 731-6750 • FAX:  (617) 731-2047
EMAIL: MJKELLY@PARTNERS.ORG