# EXHIBIT F: TRAVEL EXPENSES

| Date | Expense | Amount | Notes |
|---|---|---|---|
| 3/3/20 | L. Menninger, travel to Boston for Deposition | 1,438.03 | See supporting detail attached. |
| 3/17/2023 | L. Menninger, flight to Boston for Trial | 575.65 | See supporting detail attached. |
| 4/3/2023 | L. Menninger, flight from Boston for trial | 740.24 | See supporting detail attached. |
| Various | L. Menninger, lodging in Boston for Trial (week 1) | 2549.14 | See supporting detail attached. |
| Various | L. Menninger, lodging in Boston for Trial (week 2) | $1,955.87 | See supporting detail attached. |
| 3/20/2023 | P. Hanno parking (2 days) | $76 | HMRH Inv. 34761 |
| 3/24/2023 | P. Hannon parking | $42 | See supporting detail attached. |
| 3/26/2023 | P. Hannon parking | $42 | See supporting detail attached. |
| 3/27/2023 | P. Hannon parking | $42 | See supporting detail attached. |
| 3/30/2023 | P. Hannon parking | $84 | See supporting detail attached. |
| 3/30/2023 | P. Hannon, One night at Seaport Hotel | $328.74 | See supporting detail attached. |
| 3/31/2023 | P. Hannon, parking | $42 | See supporting detail attached. |
|  | **TOTAL** | **7,915.67** |  |

**Subject:** Fwd: Fwd: Boston - Mar 3 (Itinerary # 71005517054824)
**From:** Lisa Menninger <lisa@vectorforest.com>
**Date:** 3/2/2020, 7:16 PM
**To:** lisa@lifeformstudio.com

-------- Forwarded Message --------
**Subject:** Fwd: Boston - Mar 3 (Itinerary # 71005517054824)
   **Date:** Wed, 5 Feb 2020 09:39:01 -0700
   **From:** Lisa Menninger <lisa@vectorforest.com>
      **To:** Mason D. Menninger <mason@vectorforest.com>

-------- Forwarded Message --------
  **Subject:** Boston - Mar 3 (Itinerary # 71005517054824)
     **Date:** Wed, 5 Feb 2020 11:36:47 -0500 (EST)
    **From:** Expedia.com <Expedia@expediamail.com>
**Reply-To:** r-382642165000010014302-c20036-
         d40dc297ca954144a593474eb1591ab3@mg.expediamail.com
       **To:** lisa@vectorforest.com



This Expedia Itinerary was sent from Lisa Menninger. If you have access to this account, you can view the *most up-to-date version.*

 **Access your itinerary anywhere.**     GET THE FREE APP 

## Boston

Mar 3, 2020 - Mar 6, 2020    │   Itinerary # 71005517054824

| Important Information | Price Summary | |
|---|---|---|
| • Remember to bring your itinerary and government-issued photo ID for airport check-in and security | ✈ Roundtrip Flight | |
| | 🏢 **Hotel** | |
| | 🛡 Travel Protection - Vacation Waiver  | |
| | Total | $1,438.03 |
| | Subtotal | $1,220.08 |
| | Taxes & Fees | $217.95 |

### Albuquerque (ABQ) → Boston (BOS)

Mar 3, 2020 - Mar 6, 2020 , 1 round trip ticket

**TICKETING IN PROGRESS**
American Airlines         FQGPUJ

Ticketing in progress. The airline will confirm most tickets within 5 minutes, but some ticket types take up to 24 hours. You do not need to call us to reconfirm your booking. Check back to ensure your ticket has been issued.

**Additional Flight Services**

- The airline may charge additional fees for checked baggage or other optional services.
    - Additional fees for your flight to Boston
    - Additional fees for your flight to Albuquerque

**Traveler Information**

| LISA MENNINGER | No frequent flyer details | Ticketing in progress |
|---|---|---|
| Adult | provided | |

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Mar 3, 2020** - Departure 1 stop        Total travel time: 6 h 28 m



| Albuquerque | Dallas | 1 h 47 m |
|---|---|---|
| **ABQ  10:47am** | DFW  1:34pm | 569 mi |
| American Airlines  2420 | | |
| Economy / Coach (B) | | |

**Layover: 1 h 7 m**

| Dallas | Boston | 3 h 34 m |
|---|---|---|
| | | 1,562 mi |
| DFW  2:41pm | **BOS  7:15pm** | |
| American Airlines  2579 | | |

Economy / Coach (B)

**Mar 6, 2020** - Return 1 stop  Total travel time: 6 h 48 m

| Boston | Chicago | 2 h 57 m |
| | | 867 mi |

**BOS  11:00am**   ORD  12:57pm
American Airlines  140
Economy / Coach (B)

**Layover: 0 h 38 m**

| Chicago | Albuquerque | 3 h 13 m |
| | | 1,117 mi |

ORD  1:35pm   **ABQ  3:48pm**
American Airlines  4012
Economy / Coach (B)

**Airline Rules & Regulations**

**Fare Rules and Restrictions**

Restrictions include:

- Airline assigns seats
- Bring a carry-on bag
- Pay to bring a checked bag
- No refund 24 hours after booking
- Changes not allowed
- Bring a personal item
- Upgrades not allowed
- Board in the last group

- Fares are not guaranteed until ticketed.
- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable, nontransferable and name changes are not allowed.**
- Please read the complete penalty rules for changes and cancellations applicable to this fare.
- View the complete terms and conditions in the Description of Coverage. .
- Please read important information regarding airline liability limitations .

## Seaport Hotel Boston

Mar 3, 2020 - Mar 6, 2020 , 1 room |  3 nights

CONFIRMED
Confirmation #           79429942

We have confirmed your hotel reservation with the property.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected



View hotel details

1 Seaport Lane, Boston, MA, 02210 United States of America

Tel: 1 (617) 385-4000, Fax: 1 (617) 385-4001

room rate.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

### Check-in

- Check-in time starts at 3:00 PM
- Minimum check-in age is: 18
- If a late check-in is planned, contact this property directly for their late check-in policy.

### Important Hotel Information

**This reservation is non-refundable and cannot be canceled or changed.**

- View your online itinerary for additional rules and restrictions.

| | |
|---|---|
| **Room** | **Deluxe Room, 1 King Bed** |
| | Includes: Free Wireless Internet |
| Confirmation #: | 79429942 |
| Reserved for | Lisa A Menninger |
| | 1 adult |
| Requests | 1 King Bed, non-smoking room |

### Vacation Waiver

Mar 3, 2020 - Mar 6, 2020

PURCHASED

You have purchased Vacation Waiver. Please refer to your itinerary number when calling to ask questions.

### Need help with your reservation?

- Visit our Customer Support page.
- Call Expedia Rewards blue Customer Care at 1-877-787-3117.
- For faster service, mention **itinerary #71005517054824**

## Complete Your Trip

| Get rested | Get around | Get out and explore |
|---|---|---|
| Add a | Add a Car | Add an activity |
| | | Find deals on rides to |

| Hotel | | your Hotel |
|---|---|---|
| | | Get a Ride |

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are receiving this transactional email based on a recent booking or account-related update on Expedia.com .

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider (GDS), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred (applicable for interline carriage).

EMLCID=US.PT.EVENTTRIGGEREDMAILING.ENSITINERARYDETAILS.FLIGHT.HOTEL&EMLDTL=DATE20200205-
ISSUX.SIDX.KEY94677679206.PAIDX.LANGEN_US.MCIDX.TESTX.VERSX.MIDSX

# Flight to Boston

Mar 17, 2023

## Alaska Airlines

Confirmation: KBYSQQ

Expedia itinerary: 72482188543635

## Portland to Boston

### 10:35am

Departs Fri, Mar 17

Portland, OR, United States (PDX-Portland Intl.)

### 6:50pm

Arrives Fri, Mar 17

Boston, MA, United States (BOS-Logan Intl.)

Terminal B

5h 15m duration

Alaska Airlines 358

Economy / Coach (M)

Total duration: 5h 15m

## Location

7000 NE Airport Way

## Baggage information

Carry-on bag: No fee

1st checked bag: $30 up to 23KG

2nd checked bag: $40 up to 23KG

Estimated baggage fees charged by the airline. Please confirm with airline for fees, weight and size restrictions.

## Airline rules and restrictions

There's no fee to cancel within 24 hours of booking.

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Tickets are refundable.

Rules and restrictions as imposed by the airline will be applicable to your fare should you need to change or cancel your flight.

Please read important information regarding airline liability limitations.

# Traveler info

## Lisa Menninger

Ticket number

0277914902848

Email address

lisa@vectorforest.com

Phone number

1(913) 387-9451

## Preferences

Special assistance requests

None

Please contact airline to confirm requests

# Payment details

Flight price

| | |
|---|---|
| Traveler 1: Adult | $478.14 |
| Taxes and fees | $50.76 |

Other

| | |
|---|---|
| Trip Protection | $46.75 |

| | |
|---|---|
| **Total** | **$575.65** |
| Paid | $575.65 |
| | [Visa 2745] |

# Rewards

## You earned 106 Expedia Rewards points

- 106 base points for this trip

# Expedia support

Contact Expedia if you need help managing this itinerary.

## Phone number

(877) 787-3117

# Flight to Portland

Apr 3, 2023

## JetBlue Airways

Confirmation: QJWRLB

Expedia itinerary: 72523990490269

## Boston to Portland

| | |
|---|---|
| **2:55pm** | **4:14pm** |
| Departs Mon, Apr 3 | Arrives Mon, Apr 3 |
| Boston, MA, United States (BOS-Logan Intl.) | New York, NY, United States (JFK-John F. Kennedy Intl.) |
| Terminal C | Terminal 5 |

1h 19m duration

JetBlue Airways 2317

Seat 16B

Economy / Coach (H)

Layover: 46m

| | |
|---|---|
| **5:00pm** | **8:26pm** |
| Departs Mon, Apr 3 | Arrives Mon, Apr 3 |
| New York, NY, United States (JFK-John F. Kennedy Intl.) | Portland, OR, United States (PDX-Portland Intl.) |
| Terminal 5 | |

6h 26m duration

JetBlue Airways 1005

Seat 24C

Economy / Coach (H)

Total duration: 8h 31m

## Location

One Harborside Drive

## Baggage information

1st checked bag: $35

2nd checked bag: $45

Estimated baggage fees charged by the airline. Please confirm with airline for fees, weight and size restrictions.

## Airline rules and restrictions

There's no fee to cancel within 24 hours of booking.

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Tickets are refundable.

Rules and restrictions as imposed by the airline will be applicable to your fare should you need to change or cancel your flight.

Please read important information regarding airline liability limitations.

## Traveler info

## Lisa Menninger

Ticket number

2797925001496

Email address

lisa@vectorforest.com

Phone number

1(913) 387-9451

### Preferences

Special assistance requests

None

Please contact airline to confirm requests

## Payment details

Flight price

| | |
|---|---|
| Traveler 1: Adult | $616.56 |
| Taxes and fees | $70.44 |

Other

| | |
|---|---|
| Flight Cancellation Plan | $53.24 |

---

| | |
|---|---|
| **Total** | **$740.24** |
| Paid | $740.24 |
| | [Visa 5262] |

## Rewards

### You earned 137 Expedia Rewards points

- 137 base points for this trip

One Key™ is arriving in mid-2023. You'll earn rewards at the new One Key rate on trips after launch, plus you'll unlock new and exciting member benefits.
[Learn more about One Key.](#)

## Expedia support

Contact Expedia if you need help managing this itinerary.

### Phone number

(877) 787-3117



**Residence Inn**[®]
370 Congress Street, Boston, MA 02210  **P** 617.478.0840
**Marriott.com/BOSFP**

| | |
|---|---|
| Lisa Menninger | Room: 316 |
| 340 Live Oak Ln Ne | Room Type: STDO |
| Albuquerque NM 87122 | Number of Guests: 2 |
| Vector Forest | Rate: $199.00    Clerk: VAB |
| Arrive: 17Mar23    Time: 08:13PM    Depart: 28Mar23    Time: 12:00PM | Folio Number: 43863 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---:|---|
| 17Mar23 | Room Charge | 199.00 | |
| 17Mar23 | State Occupancy Tax | 11.34 | |
| 17Mar23 | City Tax | 12.94 | |
| 17Mar23 | Convention and Tourism Tax | 8.46 | |
| 18Mar23 | Room Charge | 199.00 | |
| 18Mar23 | State Occupancy Tax | 11.34 | |
| 18Mar23 | City Tax | 12.94 | |
| 18Mar23 | Convention and Tourism Tax | 8.46 | |
| 19Mar23 | Room Charge | 199.00 | |
| 19Mar23 | State Occupancy Tax | 11.34 | |
| 19Mar23 | City Tax | 12.94 | |
| 19Mar23 | Convention and Tourism Tax | 8.46 | |
| 20Mar23 | Room Charge | 199.00 | |
| 20Mar23 | State Occupancy Tax | 11.34 | |
| 20Mar23 | City Tax | 12.94 | |
| 20Mar23 | Convention and Tourism Tax | 8.46 | |
| 21Mar23 | Room Charge | 199.00 | |
| 21Mar23 | State Occupancy Tax | 11.34 | |
| 21Mar23 | City Tax | 12.94 | |
| 21Mar23 | Convention and Tourism Tax | 8.46 | |
| 22Mar23 | Room Charge | 199.00 | |
| 22Mar23 | State Occupancy Tax | 11.34 | |
| 22Mar23 | City Tax | 12.94 | |
| 22Mar23 | Convention and Tourism Tax | 8.46 | |
| 23Mar23 | Room Charge | 199.00 | |
| 23Mar23 | State Occupancy Tax | 11.34 | |
| 23Mar23 | City Tax | 12.94 | |
| 23Mar23 | Convention and Tourism Tax | 8.46 | |
| 24Mar23 | Room Charge | 199.00 | |
| 24Mar23 | State Occupancy Tax | 11.34 | |
| 24Mar23 | City Tax | 12.94 | |
| 24Mar23 | Convention and Tourism Tax | 8.46 | |
| 25Mar23 | Room Charge | 199.00 | |
| 25Mar23 | State Occupancy Tax | 11.34 | |
| 25Mar23 | City Tax | 12.94 | |
| 25Mar23 | Convention and Tourism Tax | 8.46 | |
| 26Mar23 | Room Charge | 199.00 | |
| 26Mar23 | State Occupancy Tax | 11.34 | |
| 26Mar23 | City Tax | 12.94 | |
| 26Mar23 | Convention and Tourism Tax | 8.46 | |
| 27Mar23 | Room Charge | 199.00 | |
| 27Mar23 | State Occupancy Tax | 11.34 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



**Residence Inn**[®]
370 Congress Street, Boston, MA 02210  **P** 617.478.0840
**Marriott.com/BOSFP**

| | |
|---|---|
| Lisa Menninger | Room: 316 |
| 340 Live Oak Ln Ne | Room Type: STDO |
| Albuquerque NM 87122 | Number of Guests: 2 |
| Vector Forest | Rate: $199.00    Clerk: VAB |
| Arrive: 17Mar23   Time: 08:13PM   Depart: 28Mar23 | Time: 12:00PM    Folio Number: 43863 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 27Mar23 | City Tax | 12.94 | |
| 27Mar23 | Convention and Tourism Tax | 8.46 | |
| 28Mar23 | Visa | | 2549.14 |

Card #: VIXXXXXXXXXXXX2745/XXXX
Card Type: VISA Card Entry: CHIP Approval Code: 101825  App Label:
VISA DEBIT AID: A0000000031010

\*\*\*  Pre-Settlement for 96745

| | | | |
|---|---|---|---|
| | | **BALANCE:** | 0.00 |

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



**Residence Inn**[®]
370 Congress Street, Boston, MA 02210 **P** 617.478.0840
**Marriott.com/BOSFP**

| | |
|---|---|
| Lisa Menninger | Room: 316 |
| 340 Live Oak Ln Ne | Room Type: STDO |
| Albuquerque NM 87122 | Number of Guests: 2 |
| Vector Forest | Rate: $289.00    Clerk: VAB |
| Arrive: 17Mar23   Time: 08:13PM   Depart: 04Apr23 | Time: 08:39AM    Folio Number: 96745 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---:|---|
| 19Mar23 | Market Beverage | 3.50 | |
| 19Mar23 | State & Local Tax | 0.25 | |
| 19Mar23 | Market Packaged Food | 3.50 | |
| 19Mar23 | State & Local Tax | 0.25 | |
| 27Mar23 | Market Beverage | 3.50 | |
| 27Mar23 | State & Local Tax | 0.25 | |
| 27Mar23 | Market Packaged Food | 2.50 | |
| 27Mar23 | State & Local Tax | 0.18 | |
| 28Mar23 | Room Charge | 199.00 | |
| 28Mar23 | State Occupancy Tax | 11.34 | |
| 28Mar23 | City Tax | 12.94 | |
| 28Mar23 | Convention and Tourism Tax | 8.46 | |
| 29Mar23 | Room Charge | 199.00 | |
| 29Mar23 | State Occupancy Tax | 11.34 | |
| 29Mar23 | City Tax | 12.94 | |
| 29Mar23 | Convention and Tourism Tax | 8.46 | |
| 30Mar23 | Room Charge | 199.00 | |
| 30Mar23 | State Occupancy Tax | 11.34 | |
| 30Mar23 | City Tax | 12.94 | |
| 30Mar23 | Convention and Tourism Tax | 8.46 | |
| 31Mar23 | Room Charge | 199.00 | |
| 31Mar23 | State Occupancy Tax | 11.34 | |
| 31Mar23 | City Tax | 12.94 | |
| 31Mar23 | Convention and Tourism Tax | 8.46 | |
| 01Apr23 | Market Packaged Food | 2.50 | |
| 01Apr23 | State & Local Tax | 0.18 | |
| 01Apr23 | Room Charge | 289.00 | |
| 01Apr23 | State Occupancy Tax | 16.47 | |
| 01Apr23 | City Tax | 18.79 | |
| 01Apr23 | Convention and Tourism Tax | 12.28 | |
| 02Apr23 | Market Packaged Food | 2.50 | |
| 02Apr23 | State & Local Tax | 0.18 | |
| 02Apr23 | Room Charge | 289.00 | |
| 02Apr23 | State Occupancy Tax | 16.47 | |
| 02Apr23 | City Tax | 18.79 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



**Residence Inn**[®]
370 Congress Street, Boston, MA 02210 **P** 617.478.0840
**Marriott.com/BOSFP**

| | | | | |
|---|---|---|---|---|
| Lisa Menninger | | Room: 316 | | |
| 340 Live Oak Ln Ne | | Room Type: STDO | | |
| Albuquerque NM 87122 | | Number of Guests: 2 | | |
| Vector Forest | | Rate: $289.00 | | Clerk: VAB |
| Arrive: 17Mar23 | Time: 08:13PM | Depart: 04Apr23 | Time: 08:39AM | Folio Number: 96745 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 02Apr23 | Convention and Tourism Tax | 12.28 | |
| 03Apr23 | Room Charge | 289.00 | |
| 03Apr23 | State Occupancy Tax | 16.47 | |
| 03Apr23 | City Tax | 18.79 | |
| 03Apr23 | Convention and Tourism Tax | 12.28 | |
| 04Apr23 | Visa | | 1955.87 |

*Card #: VIXXXXXXXXXXXX2745/XXXX*
*Card Type: VISA Card Entry: MANUAL Approval Code: 163918*

| | | | |
|---|---|---|---|
| | | **BALANCE:** | **0.00** |

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

| Date | Transaction | Name | Memo | Amount |
|---|---|---|---|---|
| 3/31/2023 | DEBIT | ONE SEAPORT GARAGE BOSTON | 24431053089400007611514; 07523; | -42 |
| 3/30/2023 | DEBIT | SEAPORT HOTEL WTC BOSTON | 24755423088260887459879; 07011; | -328.74 |
| 3/30/2023 | DEBIT | ONE SEAPORT GARAGE BOSTON | 24431053088400007606309; 07523; | -84 |
| 3/27/2023 | DEBIT | ONE SEAPORT GARAGE BOSTON | 24431053084400007584294; 07523; | -42 |
| 3/27/2023 | DEBIT | ONE SEAPORT GARAGE BOSTON | 24431053083400007578669; 07523; | -42 |
| 3/24/2023 | DEBIT | ONE SEAPORT GARAGE BOSTON | 24431053082400007576821; 07523; | -42 |