**EXHIBIT G: OTHER EXPENSES**

| Expense | Amount | HMRH Inv. Ref. |
|---|---|---|
| Courier to MCAD | 47.5 | 26554 |
| Mediation fee | 3,000 | 26804 |
| Courier to JAMS | 15 | 26804 |
| Filing fee | $400 | 27970 |
| Constable | $75 | 27970 |
| FedEx | 46.34 | 28123 |
| Social Law Copying | 140.8 | 31431 |
| Social Law Courier | 20 | 31431 |
| Copying (MSJ courtesy copy requested by Court) | 1144.52 | 31722 |
| **TOTAL** | **4889.16** | |