UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA MENNINGER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 19-11441-LTS |
| PPD DEVELOPMENT, L.P., | ) ) ) | |
| Defendant. | ) ) | |

FINAL JUDGMENT

May 12, 2023

SOROKIN, J.

Pursuant to the verdict of the jury, Doc. No. 149, dated March 31, 2023, judgment is entered in favor of Lisa Menninger and against PPD Development, L.P. on Counts I (disability discrimination and retaliation under federal law) and II (disability discrimination and retaliation under Massachusetts law) of the Complaint, Doc. No. 1. Pursuant to the jury verdict, Judgment enters (1) in favor of Lisa Menninger and against PPD Development, L.P. on Counts I and II, and (2) in favor of Lisa Menninger and against PPD Development, L.P. in the amounts of: $1,565,000 for back pay, $5,465,000 for front pay, $5,000,000 for past emotional distress, $2,000,000 for future emotional distress, and $10,000,000 in punitive damages. Doc. No. 149.

Pursuant to Mass. Gen. Laws ch. 231, § 6B, the Court awards prejudgment interest at the Massachusetts rate of 12 percent, starting from the date of the filing of the Complaint (June 28, 2019, Doc. No. 1) up to the date of this Judgment, on the $1,565,000 back pay and the $5,000,000 past emotional distress damages awards by the jury.

Pursuant to the Court's Order, Doc. No. 169, the Court awards attorney's fees in the amount of $544,477 and costs in the amount of $103,329.45.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge