UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>　　　　　Defendant. | Civil Action No.  1:19-CV-11441-LTS |

### ASSENTED-TO MOTION TO ENLARGE PAGE LIMITATION IN CONNECTION WITH POST-TRIAL MOTIONS

Following trial in this matter, which concluded on March 31, 2023, Defendant PPD Development, L.P. plans to file motions under F.R.C.P. Rules 50(b) and 59(a).  In connection with those motions, PPD hereby moves this Court for an enlargement of its page limit under Local Rule 7.1(b)(4) to allow PPD to file one memorandum of law of <u>40 pages</u> in support of both motions, rather than two 20-page memoranda.  This will allow PPD to streamline its discussion of certain underlying facts and background applicable to both motions, which will be more efficient for the Court and both parties.

Counsel for PPD has consulted with counsel for Plaintiff Lisa Menninger and counsel for Dr. Menninger has indicated that he assents to the page limit enlargement requested herein.[1]

---

[1] Counsel for the two parties also conferred regarding a schedule for briefing following PPD's filing of the above-referenced motions (in connection with the Court's reference to a briefing schedule in its May 12, 2023 ruling on Plaintiff's Application for Fees and Costs).  PPD plans to file its motions on or before June 9, 2023, as provided under the applicable rules.  The parties have agreed to discuss a schedule for further briefing once counsel for Dr. Menninger has had an opportunity to review the motions filed by PPD.

WHEREFORE, PPD respectfully requests an enlargement of its page limit to allow it to file one 40-page brief in support of its motions under Rules 50(b) and 59(a).

Respectfully submitted,

PPD DEVELOPMENT, L.P.
By its attorney,

*/s/ Rachel Reingold Mandel*
Rachel Reingold Mandel (BBO #660495)
Patrick M. Curran (BBO #659322)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place
Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
Facsimile:  (617) 994-5701
rachel.mandel@ogletree.com
patrick.curran@ogletree.com

Dated:  May 16, 2023

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)

I hereby certify that on May 16, 2023, I conferred with counsel for Plaintiff Lisa Menninger (by telephone conference) to discuss the relief sought in this motion, and determined that counsel for Dr. Menninger assents to said relief.

*/s/ Rachel Reingold Mandel*
Rachel Reingold Mandel

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2023 the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                           */s/ Rachel Reingold Mandel*
                                           Rachel Reingold Mandel