UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>    Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>    Defendant. | Civil Action No.  1:19-CV-11441-LTS |

**DEFENDANT'S ASSENTED-TO MOTION TO ADMIT
JACK S. SHOLKOFF AND CATHERINE L. BRACKETT *PRO HAC VICE***

  Pursuant to LR 83.5.3, the undersigned counsel for Defendant PPD Development, L.P. hereby moves for the admission *pro hac vice* of Jack S. Sholkoff and Catherine L. Brackett.

  Mr. Sholkoff is a member in good standing of the Bar of the State of California. He also is admitted to practice before the following federal courts: the United States Supreme Court, the United States Courts of Appeals for the Ninth and Tenth Circuits, and the U.S. District Courts for the Northern, Eastern, Southern and Central Districts of California. Mr. Sholkoff is also admitted to the Bar of the San Manuel Band of Mission Indians.

  Ms. Brackett is a member in good standing of the Bar of the State of California.  She also is also admitted to practice before the following federal courts: the United States Court of Appeals for the Ninth Circuit, and the U.S. District Courts for the Northern, Eastern, Southern, and Central Districts of California.

  As required by LR 83.5.3, in support of this Motion are separate Certificates attached hereto as Exhibits A and B, signed by Mr. Sholkoff and Ms. Brackett, respectively, certifying

1

that each of them is a member of the bar in good standing in every jurisdiction where they have been admitted to practice, that they are not the subject of disciplinary proceedings pending in any jurisdiction in which they are a member of the bar, that they have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under LR 83.5.3) revoked for misconduct, and that they have read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

    Counsel for the Plaintiff, Lisa Menninger, has informed the undersigned counsel for Defendant that Plaintiff assents to the relief requested in this Motion.

    Respectfully submitted,

/s/ *Rachel Reingold Mandel*
Rachel R. Mandel (BBO# #660495)
Patrick M. Curran (BBO# 659322)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
Facsimile:  (617) 994-5701

Attorneys for Defendant
PPD DEVELOPMENT, L.P.

June 2, 2023

**CERTIFICATION PURSUANT TO D. MASS. LOCAL RULE 7.1(a)(2)**

      Pursuant to D. Mass. L.R. 7.1(a)(2), I hereby certify that the parties, through their counsel have conferred (via e-mail) in an attempt in good faith to resolve or narrow the issues presented by this Motion, and that counsel for the Plaintiff has stated that Plaintiff assents to the relief requested in the Motion.

                                                    */s/ Rachel Reingold Mandel.*
                                                    Rachel Reingold Mandel

## **CERTIFICATE OF SERVICE**

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                          */s/ Rachel Reingold Mandel.*
                                                          Rachel Reingold Mandel

56709670.v1-OGLETREE