AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Menninger | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-11441-LTS |
| PPD Development, L.P. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PPD Development, L.P.                             .

Date:   06/05/2023

/s/ John Paul Bueker
*Attorney's signature*

John Paul Bueker # 636435
*Printed name and bar number*
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600

*Address*

John.Bueker@ropesgray.com
*E-mail address*

(617) 951-7951
*Telephone number*

(617) 951-7050
*FAX number*