**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISA MENNINGER,<br><br>              Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>              Defendant. | Civil Action No.  1:19-CV-11441-LTS |

**ASSENTED-TO MOTION TO FILE REPLY (OF UP TO TWENTY PAGES) IN FURTHER SUPPORT OF DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL OR IN THE ALTERNATIVE, REMITTITUR**

Pursuant to Local Rule 7.1 and this Court's standing orders, Defendant PPD Development, L.P., ("PPD") requests leave to file a Reply of up to twenty (20) pages, on or before July 28, 2023, in response to Plaintiff Lisa Menninger's Brief in Opposition ("Opposition") to PPD's Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial or in the Alternative, Remittitur. Good cause exists to grant this Motion because Defendant's Reply is necessary to respond to several factual issues and legal arguments raised by Plaintiff's Opposition to Defendant's Motions, and because the Reply will assist the Court in addressing and resolving the issues raised in the Motions.

Plaintiff has assented-to the relief requested in this Motion.

WHEREFORE, PPD respectfully requests that the Court grant it leave to file a Reply of up to twenty (20) pages on or before July 28, 2023.

        Respectfully submitted,

        PPD DEVELOPMENT, L.P.
        By its attorney,

        */s/ Rachel Reingold Mandel*
        Rachel Reingold Mandel (BBO #660495)
        Patrick M. Curran (BBO #659322)
        OGLETREE, DEAKINS, NASH, SMOAK
        & STEWART, P.C.
        One Boston Place
        Suite 3500
        Boston, MA 02108
        Telephone: (617) 994-5700
        Facsimile:  (617) 994-5701
        rachel.mandel@ogletree.com
        patrick.curran@ogletree.com

Dated:  July 11, 2023

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)

     I hereby certify that on June 21 and July 10, 2023, I conferred with counsel for Plaintiff Lisa Menninger (by e-mail) to discuss the relief sought in this motion, and determined that counsel for Dr. Menninger assents to said relief.

        */s/ Rachel Reingold Mandel*
        Rachel Reingold Mandel

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2023 the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ Rachel Reingold Mandel*
                                        Rachel Reingold Mandel

57227274.v1-OGLETREE