UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br>　　　　Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>　　　　Defendant. | Civil Action No.: 1:19-CV-11441-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Hampton M. Watson withdraws his appearance as counsel for Plaintiff Lisa Menninger in the above-captioned matter.

Plaintiff will continue to be represented by Attorney Patrick J. Hannon in this matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/Hampton M. Watson*
　　　　　　　　　　　　　　　　　　Hampton M. Watson, BBO# 705983
　　　　　　　　　　　　　　　　　　Hartley Michon Robb Hannon LLP
　　　　　　　　　　　　　　　　　　101 Federal Street, Suite 1810
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　hwatson@hmrhlaw.com
　　　　　　　　　　　　　　　　　　Tel.: 617-723-8000

Dated:  August 31, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2023.

                                                            */s/ Hampton M. Watson*
                                                            Hampton M. Watson, Esq.