UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>              Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>              Defendant. | Civil Action No. 1:19-CV-11441-LTS |

## AFFIDAVIT OF KEITH WEXELBLATT

I, Keith Wexelblatt, hereby depose and state as follows:

1. I am Vice President, Labor & Employment - Americas for Thermo Fisher Scientific Inc. ("Thermo Fisher"). I have held that position with Thermo Fisher since June 2022. I am over the age of 18, and I understand and believe in the obligations of an oath.

2. The facts set forth in this Affidavit are based on my personal knowledge, and/or on the records that Thermo Fisher maintains in the ordinary course of its business.

3. Thermo Fisher is the parent corporation of the Defendant in the above-captioned action, PPD Development, L.P. ("PPD"). I make this Affidavit in support of PPD's Assented-To Motion to Stay Execution of the Judgment.

4. Thermo Fisher has unequivocally assumed the obligation to satisfy the Final Judgment issued in this action against PPD, plus pre- and post-judgment interest.

1

5. Thermo Fisher's adjusted net income in the second quarter of 2023 exceeded $1.9 billion.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 8th DAY OF SEPTEMBER 2023.

*Keith Wexelblatt*

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 29, 2023.

                                        */s/ Rachel Reingold Mandel*
                                        Rachel Reingold Mandel

47369592.1