**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISA MENNINGER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:19-CV-11441-LTS |

**NOTICE OF APPEAL**

　　Notice is hereby given that Defendant PPD Development, L.P. ("PPD") in the above-captioned matter hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action by the District Court on May 12, 2023 (Dkt. 170) in favor of Plaintiff Lisa Menninger and adverse to PPD; from the Order denying PPD's Motions for Judgment as a Matter of Law and for New Trial or Remittitur (Dkt. 193); from the Order denying-in-part PPD's Motion for Summary Judgment (Dkt. 81); and from any and all underlying and/or interlocutory orders, findings, determinations, conclusions, opinions, or decisions that merge therein or are pertinent or ancillary to the foregoing, including without limitation: the Court's Jury Instructions and Verdict Form and orders on objections to the same; and from any and all related adverse Orders, rulings, and judgments.

　　This Notice of Appeal is filed with payment of the required $505.00 fee. This fee includes the $500.00 fee for docketing a case on appeal and $5.00 fee for filing a notice of appeal as required by 28 U.S.C. §§ 1913 and 1917, and Federal Rule of Appellate Procedure 3(e).

| | |
|---|---|
| Dated: November 29, 2023 | /s/ *Douglas H. Hallward-Driemeier*<br>Douglas H. Hallward-Driemeier (BBO# 627643)<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 508-4600<br>Facsimile: (202) 508-4650<br><br>John P. Bueker (BBO# 636435)<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br><br>*Counsel for Defendant PPD DEVELOPMENT, L.P.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this document filed through the Electronic Case Filing ("ECF") system on November 29, 2023 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ *Douglas H. Hallward-Driemeier*
      Douglas H. Hallward-Driemeier