# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: _____ Menninger v. PPD Development, L.P. _____

District Court Number: _____ 19cv11441-LTS _____

Fee:    Paid?  Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending     Yes ____ No __X__          Sealed documents     Yes __X__ No ____
*If yes, document #* _____          *If yes, document #* 29,46,47,48,50,51,66,127

*Ex parte* documents    Yes ____ No __X__      Transcripts          Yes __X__ No ____
*If yes, document #* _____          *If yes, document #* 151-160,182

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:

## #81 Order, #170 Final Judgment, #193 Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #81, #170, #193, and #195

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _195_ filed on _November 29, 2023_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _November 30, 2023_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
_____
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**