UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MENNINGER,<br><br>                Plaintiff,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>                Defendant. | Civil Action No.  1:19-CV-11441-LTS |

**NOTICE OF SATISFACTION OF JUDGMENT AND
JOINT MOTION TO CLOSE PROCEEDINGS**

Please take notice that Defendant PPD Development, L.P. has fully satisfied the May 12, 2023 money judgment in favor of Plaintiff Lisa Menninger (Doc. No. 170). The parties therefore request that the matter be marked as closed. *See* L.R. 58.2.

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Patrick J. Hannon*<br>Patrick J. Hannon (BBO# 664958)<br>phannon@hartleymichonrobb.com<br>HARTLEY MICHON ROBB LLP<br>155 Seaport Boulevard, 2nd Floor<br>Boston, MA 02210<br>T: (617) 723-8000<br>F: (617) 447-2800<br><br>*Attorney for Plaintiff Lisa Menninger* | */s/ Douglas Hallward-Driemeier*<br>Douglas Hallward-Driemeier (BBO #627643)<br>Douglas.Hallward-Driemeier@ropesgray.com<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006<br>T: (202) 508-4776<br>F: (202) 508-4650<br><br>John Bueker (BBO #636435)<br>John.Bueker@ropesgray.com<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199<br>T: (617) 951-7951<br>F: (617) 961-7050<br><br>*Attorneys for Defendant PPD Development, L.P.* |

Dated: October 7, 2025

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the CM/ECF system and will be sent electronically to the registered participants on October 7, 2025.

*/s/ Douglas Hallward-Driemeier*
(BBO #627643)
